DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LISA TORNABENE,<br>Plaintiff,<br>v.<br><br>CITY OF BLACKFOOT, a political subdivision of the State of Idaho, and MARK CARROLL, in his individual and official capacity,<br>Defendants. | Case No. 4:22-CV-000180-AKB<br><br>**DECLARATION OF AMANDA E. ULRICH IN SUPPORT OF MOTION IN LIMINE TO LIMIT TESTIMONY OF DEFENDANTS' EXPERT WITNESSES** |

I, Amanda E. Ulrich, having been duly sworn upon oath, declare under penalty of perjury the following based on personal knowledge unless otherwise stated:

1. I am an attorney of record for the Plaintiff in this matter.
2. Defendants produced a privilege log in this matter. Attached hereto as Exhibit 1 is a true and correct copies of Defendants' Privilege Log.
3. On or about April 11, 2025, Defendants produced their Supplemental Expert Witness Disclosures. Attached hereto as Exhibit 2 are Defendants' Supplemental Expert Witness Disclosures. Delyn Porter's expert report can be found at Exhibit A to Defendants'

Supplemental Expert Witness Disclosures. Keith A. Pinkerton's expert report can be found at Exhibit B to Defendants' Supplemental Expert Witness Disclosures.

4. Defendants never produced any of the alleged job postings upon which Mr. Porter relies. In addition, none of the job postings were included with Mr. Porter's report, nor did they identify a web address or link where the posting could be found.

I declare under penalty of perjury under the laws of the state of Idaho and the United States that the foregoing is true and correct.

Dated this 26th day of June 2025.

/s/ *Amanda E. Ulrich*
Amanda E. Ulrich
CASPERSON ULRICH DUSTIN PLLC

PRIVILEGE LOG

MC=Mayor Carroll

SLA=Sam Angell

GS=Garett Sandow

GA=Greg Austin

SM=Suzanne McNeel

LT=Lisa Tornabene

LG=Leslie Georgeson

SG=Scott Gay

KG=Kevin Gray

KH=Kurt Hibbert

HP=Holly Powell

DC=David Cousin

MB=Mike Barnes

DA=Dan Abbey

CRS=Cory Stegelmeier

ICRMP=Idaho Counties Risk Management Program

| **Date** | **Bates No.** | **From** | **To** | **Subject** | **Privilege Asserted** |
|---|---|---|---|---|---|
| 8/9/2021 | | MC | SLA | Update on Status | Work Product/ Attorney Client |
| 8/9/2021 | | MC | SLA | Contact | Work Product/ Attorney Client |
| 8/13/2021 | | MC | SLA; GS | FW: Update on Status | Work Product/ Attorney Client |
| 8/18/2021 | | MC | SLA; GS | FW Update on Status | Work Product/ Attorney Client |
| 2/11/2022 | 42950–42951; 43135–43136; 43788–43789; 44580–44581; 45140–45145 | GA | GS; SM; MC | FW: Notice of Charge | Work Product/ Attorney Client |
| 2/11/2033 | 42952–42955; 43141–43144; 43792–43795; 44599–44602 | GA | GS; SM; MC | FW: Notice of Unperfected COD | Work Product/ Attorney Client |

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 8/23/2021 | 42956–42961 | GS | MC | FW: re: RE: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 42962 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/13/2021 | 42963–42964 | MC | GS; SLA; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/4/2021 | 42965–42974; 42983–42984 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/25/2021 | 42975–42982 | MC | GS | FW: Update on Status | Work Product/ Attorney Client |
| 8/9/2021 | 42985–42993 | MC | GS; SLA | FW: Update on Status | Work Product/ Attorney Client |
| 7/14/2023 | 42994–43002 | CRS | SM | Lisa Tornabene | Work Product/ Attorney Client |
| 9/21/2022 | 43003–43005 | GS | MC; SM; GA | Fwd: Tornabene | Work Product/ Attorney Client |
| 8/27/2021 | 43006–43009 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |
| 8/10/2021 | 43010–43024 | GS | MC | Fwd: Update on Status | Work Product/ Attorney Client |
| 2/14/2022 | 43025; 43173; 43482; 43844; 44695 | SM | ICRMP | Lawsuit Against City of Blackfoot | Work Product-in anticipation of litigation |
| 8/27/2021 | 43026–43029 | GS | MC | RE: Fwd: Update on Status | Work Product/ Attorney Client |
| 7/15/2023 | 43030–43077; 43087–43091; 43125–43131; 43161–43169; 43174–43178; 43203–43209; 43227–43249; 43274–43284; 43377–43384; 43456–43459; 43461–43462; 43468–43481; 43483–43533; 43541–43542; 43576–43584; 43604–43605; 43625–43647; 43664–43674; 43710–43717; 43779–43786; 43790–43791; | CRS | SM; MC; MB; DA; GS; GA | Communications regarding legal strategy, discovery, search terms, and case moving forward | Work Product/ Attorney Client/ Communications after start of litigation |

| | | | | | |
|---|---|---|---|---|---|
| | 43820–43831;<br>43845–43888;<br>43909–43915;<br>43917–43918;<br>43953–43961;<br>43981–43982;<br>43992–44025;<br>44035–44042;<br>44071–44075;<br>44077–44136;<br>44140–44141;<br>44155–44163;<br>44173–44208;<br>44214–44221;<br>44245–44324;<br>44351–44362;<br>44378–44379;<br>44382–44415;<br>44427–44434;<br>44458–44464;<br>44466–44467;<br>44479–44487;<br>44500–44549;<br>44552–44553;<br>44593–44594;<br>44664–44675;<br>44696–44697;<br>44790–44796;<br>44847–44869;<br>44922–44931;<br>45187–45194;<br>45396–45399;<br>45403–45404;<br>45406–45407;<br>45414–45415;<br>45429–45437;<br>45441–45442;<br>45446–45479;<br>45485–45492;<br>45516–45548;<br>45552–45553;<br>45584–45592;<br>45609–45610;<br>45621–45654;<br>45667–45674;<br>45699–45703 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8/23/2021 | 43078–43086; 45416–45428; 45480–45484; 45554–45581; 45655–45663 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 5/18/2020 | 43092–43094 | GS | MC | Re: Reopening Plan | Attorney Client |
| 8/18/2021 | 43095–43111; 45675–45698 | SLA | GS; MC | Re: Update on Status | Work Product/ Attorney Client |
| 8/25/2021 | 43112–43124 | GS | MC | Re: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 43132; 45409 | LG | MC; SM | Tornabene v. City of Blackfoot | Work Product/ Attorney Client/ Communications after start of litigation |
| 9/9/2021 | 43133; 45704 | GS | MC | Tornabene | Work Product/ Attorney Client |
| 9/14/2023 | 43134; 43535; 43613–43617; 43983–43987; 44551; 44782–44786 | CRS | SM | Declaration | Work Product/ Attorney Client/ Communication after start of litigation |
| 2/11/2022 | 43135–43136 | GA | MC; SM; GS | FW-Notice of Charge | Work Product/ Attorney Client |
| 4/27/2020 | 43137–43138 | LT | SG | FW: Follow up to Criminal Investigation | Not Relevant/ confidential personnel information |
| 7/19/2023 | 43139–43140 | CRS | SM | Tornabene | Work Product/ Attorney Client/ Communication after start of litigation |
| 6/11/2020 | 43145–43146; 45253–45257 | LT | GS | FW: Rape case | Not Relevant/ Attorney Client |
| 8/23/2021 | 43147–43152 | GS | MC | FW: Re: RE: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 43153 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/13/2021 | 43154–43106; 45493–45515 | MC | GS; SLA; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/15/2021 | 43170–43172; 45438–45440 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |
| 4/20/2020 | 43179–43184 | MC | LT; GS; SG; KG | Re: CONFIDENTIAL: Draft Press Release | Not Relevant/ Attorney Client |
| 4/16/2020 | 43185–43198; 45041–45055 | KG | GS | Re: DRAFT – Suspension w/ Pay | Not Relevant/ Attorney Client |
| 8/27/2020 | 43199–43202; 45412–45413 | MC | LT; GS; SM | RE: DRAFT Written Warning | Attorney Client |
| 8/4/2020 | 43210–43212 | LT | Olena Zhuravlova | RE: Employee Death | Confidential social security number not relevant to case |

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2020 | 43213–43214 | LT | GS; MC | RE: Experience Works MOU | Attorney Client |
| 7/1/2020 | 43215–43219; 45147–45151 | GS | LT | RE: Fact Finding Summary | Attorney Client |
| 4/20/2020 | 43220–43222 | LT | GS | RE: For Review | Attorney Client |
| 6/1/2020 | 43223–43224 | LT | GS | RE: Letter of Notice for WWTP Employees | Attorney Client |
| 4/22/2020 | 43225–43226; 45175–45186 | LT | GS | RE: Licensure Requirements | Attorney Client |
| 4/21/2020 | 43250–43265 | DC | GS; LT; SG; KG | RE: Press Release | Attorney Client/ Not Relevant |
| 6/11/2020 | 43267–43268 | LT | GS | RE: Rape case | Attorney Client/ Not Relevant |
| 7/2/2020 | 43269–43271; 45261–45262 | LT | GS | RE: Rheanne | Attorney Client/ Not Relevant |
| 7/9/2020 | 43272–43273; 44899–44900; 45400 | LT | GS; MC | RE: Termination Documents | Attorney Client/ Not Relevant |
| 8/27/2020 | 43285–43286 | LT | GS | RE: UPDATED DRAFT: Written Warning | Attorney Client/ Not Relevant |
| 8/23/2021 | 43287–43291 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 6/4/2020 | 43292–43303; 45387–45395 | SG | LT; GS | RE: Just fyi | Attorney Client |
| 4/16/2020 | 43304–43318 | GS | LT; KG; MC | Re: DRAFT – Suspension w/ Pay | Attorney Client |
| 2/19/2020 | 43319–43322 | GS | LT; MC | Re: DRAFT Contract w/ SportSites | Attorney Client |
| 8/27/2020 | 43323–43330 | GS | LT; MC; SM | Re: Draft Written Warning | Attorney Client |
| 7/2/2020 | 43331–43333; 45108–45109 | GS | LT | Re: Documentation of Verbal Warning | Attorney Client |
| 6/1/2020 | 43334–43351 | GS | LT; MC | Re: Experience Works MOU | Attorney Client |
| 7/1/2020 | 43352–43356 | GS | LT | Re: Fact Finding Summary | Attorney Client |
| 4/20/2020 | 43357–43360 | GS | LT | Re: For Review | Attorney Client |
| 6/1/2020 | 43361–43364 | GS | LT | Re: Letter of Notice for WWTP Employees | Attorney Client |
| 4/22/2020 | 43365–43376 | GS | LT | Re: Licensure Requirements | Attorney Client |
| 4/21/2020 | 43385–43387 | GS | LT; DC | Re: Press Release | Attorney Client/ Not Relevant |
| 6/15/2020 | 43388–43389 | GS | LT | Re: Public Works Policy | Attorney Client |
| 6/11/2020 | 43390–43394 | GS | LT | Re: Rape case | Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 7/2/2020 | 43395–43396 | GS | LT | Re: Rheanne | Attorney Client |
| 7/9/2020 | 43397–43412 | GS | LT; MC | Re: Termination Documents | Attorney Client |
| 8/27/2020 | 43413–43420 | GS | LT; MC; SM | Re: UPDATED DRAFT: Written Warning | Attorney Client |
| 3/30/2020 | 43421–43423; 45341–45343 | GS | HP | Re: Update for week 3/30/2020 | Attorney Client |
| 8/18/2021 | 43424–43446; 45344–45373 | GS | SLA; MC | Re: Update on Status | Work Product/ Attorney Client |
| 6/4/2020 | 43447–43455 | GS | LT; MC; SG; KG | Re: just fyi | Attorney Client |
| 7/9/2020 | 43460 | LT | GS; MC | Termination Documents | Attorney Client |
| 8/27/2020 | 43463–43467 | LT | GS; MC; SM | UPDATED DRAFT: Written Warning | Attorney Client |
| 8/6/2021 | 43534; 45549 | MC | LG; GS; SM | Contact | Work Product/ Attorney Client |
| 1/13/2021 | 43536–43538 | MC | GS | FW: Annual State of the City Report | Attorney Client |
| 8/6/2021 | 43539–43540; 45550–45551 | SLA | MC | FW: Contact | Work Product/ Attorney Client |
| 8/23/2021 | 43543–43548 | GS | MC | FW: Re: FE: Update on Status | Work Product/ Attorney Client |
| 2/23/2021 | 43549–43555; 43648–43659; 43718–43721; 44614–44615; 44903–44905; 45265–45268 | SM | MC; GS; LT | FW: Spencer Barbre | Not Relevant/ Confidential/ Attorney Client |
| 9/13/2022 | 43556 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/4/2021 | 43557–43573 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/8/2021 | 43574–43575 | MC | GS | Fwd: Contact | Work Product/ Attorney Client |
| 9/21/2022 | 43585–43587 | GS | MC; SM; GA | Fwd: Tornabene | Work Product/ Attorney Client |
| 8/27/2021 | 43588–43603; 45593–45608 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |
| 1/19/2021 | 43606–43609 | MC | GS | RE: Annual State of the City Report | Attorney Client |
| 8/9/2021 | 43610–43612; 45443–45445; 45611–45616; 45664–45666 | MC | SLA; GS | RE: Contact | Work Product/ Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 8/8/2021 | 43618–43620 | GS | MC | RE: Fwd: Contact | Work Product/ Attorney Client |
| 8/27/2021 | 43621–43624; 45617–45620 | GS | MC | RE: Fwd: Update on Status | Work Product/ Attorney Client |
| 7/30/2020 | 43660–43661; 43722–43725 | LT | GS; MC | RE: Thermal Camera Notice | Attorney Client |
| 9/15/2023 | 43662–43663; 44918–44919; 45401 | CRS | MC; SM | RE: Tornabene Declaration of Mayor Carroll | Work Product/ Attorney Client/ Communication after start of litigation |
| 9/2/2021 | 43675–43678 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 3/24/2020 | 43679–43694; 43771–43778; 45374–45384 | KH | GS; SM; MC; LT; HP | RE: Utility Billing | Attorney Client |
| 1/18/2021 | 43695–43698; 44983–44986 | GS | MC | Re: Annual State of the City Report | Attorney Client |
| 8/8/2021 | 43699–43701 | MC | GS | Re: Contact | Work Product/ Attorney Client |
| 11/16/2020 | 43702–43703 | GS | MC; SM; LT; KH | Re: Covid-19 | Attorney Client |
| 7/31/2020 | 43704–43709 | GS | LT; MC; KH | Re: Draft COVID-19 Policy | Attorney Client |
| 9/26/2020 | 43726–43743; 45313–45332 | GS | MC; SM; LT; HP | Re: Treasury Concerns | Attorney Client |
| 3/30/2020 | 43744–43746 | GS | HP | Re: Update for weed of 3/30/2024 | Attorney Client |
| 8/18/2021 | 43747–43770 | SLA | GS; MC | Re: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 43787; 44465 | LG | MC; SM | Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/23/2021 | 43796–43801 | GS | MC | FW: Re: RE: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 43802 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/4/2021 | 43803–43819 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/10/2021 | 43832–43843 | GS | MC | Fwd: Update on Status | Work Product/ Attorney Client |
| 8/18/2021 | 43889–43908 | SLA | GS; MC | Re: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 43916; 44076 | LG | MC; SM | Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/23/2021 | 43919–43952 | GS | MC | FW: Re: RE: Update on Status | Work Product/ Attorney Client |
| 8/27/2021 | 43962–43980 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 8/27/2021 | 43988–43991 | GS | MC | RE: Fwd: Update on Status | Work Product/ Attorney Client |
| 8/23/2021 | 44026–44034 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 8/18/2021 | 44043–44070 | GS | SLA; MC | RE: Update on Status | Work Product/ Attorney Client |
| 9/9/2021 | 44137 | GS | MC | Tornabene | Work Product/ Attorney Client |
| 12/2/2020 | 44138–44139 | MC | GS | FW: DRAFT Telecommuting Policy | Work Product/ Attorney Client |
| 8/23/2021 | 44142–44154 | GS | MC | FW: Re: RE: Update on Status | Work Product/ Attorney Client |
| 8/15/2021 | 44164–44172 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |
| 8/23/2021 | 44209–44213 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 8/18/2021 | 44222–44244 | SLA | GS; MC | Re: Update on Status | Work Product/ Attorney Client |
| 8/23/2021 | 44325–44330 | GS | MC | FW: Re: RE: Update on Status | Work Product/ Attorney Client |
| 5/18/2020 | 44331–44333; 44608–44610 | MC | GS | FW: Recent events | Attorney Client |
| 5/18/2020 | 44334; 44613 | MC | GS | FW: Resignation | Attorney Client |
| 9/13/2022 | 44335 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/4/2021 | 44336–44350 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/10/2021 | 44363–44377 | GS | MC | Fwd: Update on Status | Work Product/ Attorney Client |
| 7/8/2020 | 44380–44381; 44416–44426; 44780–44781; 45104–45106 | SG | GS; LT | RE: David Peck | Attorney Client/ Not relevant |
| 8/18/2021 | 44435–44457 | GS | SLA; MC | Re: Update on Status | Work Product/ Attorney Client |
| 9/13/2022 | 44468 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/4/2021 | 44469–44478 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 8/10/2021 | 44488–44499 | GS | MC | Fwd: Update on Status | Work Product/ Attorney Client |
| 8/6/2021 | 44550 | MC | LG; GS; SM | Contact | Work Product/ Attorney Client |
| 10/19/2020 | 44554–44558; 44698–44702; 44978–44982 | MC | GS | FW: 19247 Fisher Street Easement | Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2021 | 44559–44561 | MC | GS | FW: Annual State of the City Report | Attorney Client |
| 3/18/2020 | 44562–44563 | MC | GS | FW: Assignment | Attorney Client |
| 8/6/2021 | 44564–44565 | SLA | MC | FW: Contact | Work Product/ Attorney Client |
| 12/10/2020 | 44566–44571 | LT | GS | FW: Contract employee | Attorney Client |
| 12/2/2020 | 44572–44573 | MC | GS | FW: DRAFT Telecommuting Policy | Attorney Client |
| 4/16/2021 | 44574–44575; 45114–45118 | LT | MC; GS | FW: Draft Press Release-Nonpareil Building | Attorney Client |
| 2/16/2021 | 44576 | LT | MC; GS | FW: Emailing: MANN.PDF | Attorney Client |
| 4/22/2021 | 44577–44579; 44797–44805; 45119–45121 | MC | LT; SM; KH; GS | FW: Expansion of Services in Blackfoot | Attorney Client |
| 12/2/2020 | 44582–44585; 45152–45156 | LT | GS | FW: Filming in Blackfoot, Idaho | Attorney Client |
| 9/11/2020 | 44586–44589 | MC | GS | FW: Fisher Street Easements | Attorney Client |
| 2/11/2022 | 44590–44592 | GA | MC; SM; GS | FW: Lisa Tornabene RTS letters | Work Product/ Attorney Client |
| 3/23/2021 | 44595–44597 | LT | GS | FW: MOU | Attorney Client |
| 3/31/2020 | 44598 | MC | GS | FW: Mitigation issues related to Covid | Attorney Client |
| 10/22/2020 | 44603–44605; 45204–45206 | MC | GS | FW: Per Diem Form and Travel Policy Revisions | Attorney Client |
| 8/5/2021 | 44606–44607 | MC | KH; GS | FW: Project Progress | Attorney Client |
| 5/18/2020 | 44611–44612 | MC | GS | FW: Reopening Plan | Attorney Client |
| 9/10/2021 | 44616 | MC | GS; SM | FW: Termination Letter | Work Product/ Attorney Client |
| 12/21/2020 | 44617–44619; 45300–45307 | LT | GS; KH | FW: TextMyGov Updated Quote | Attorney Client |
| 3/20/2020 | 44620–44622 | MC | GS | FW: Thoughts | Attorney Client |
| 10/17/2023 | 44623–44625 | MC | GS | FW: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 2/9/2021 | 44626 | KH | GS | FW: Touch Base | Attorney Client |
| 8/4/2021 | 44627–44657 | MC | GS; SM | FW: Update on Status | Work Product/ Attorney Client |
| 7/20/2021 | 44658 | SG | GS; LT | FW: users | Attorney Client |
| 11/10/2020 | 44659–44660 | GS | MC | Fwd: City of Blackfoot Audited Financials | Attorney Client |
| 8/8/2021 | 44661–44662 | MC | GS | Fwd: Contact | Work Product/ Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2023 | 44663 | SM | GS | Fwd: Kinds & Levels Chart and 2021 Salary Schedule | Attorney Client |
| 8/10/2021 | 44676–44694 | MC | GS | Fwd: Update on Status | Work Product/ Attorney Client |
| 1/19/2021 | 44703–44706 | MC | GS | RE: Annual State of the City Report | Attorney Client |
| 2/13/2020 | 44707 | LT | GS | RE: Application | Attorney Client |
| 4/20/2020 | 44708–44711 | MC | LT; GS; SG: KG | RE: CONFIDENTIAL: Press Release | Attorney Client |
| 4/16/2021 | 44712–44713 | LT | GS | RE: CONFIDENTIAL: Reduction in Workforce | Attorney Client |
| 4/1/2021 | 44714–44719 | KG | GS; LT; MC; SM; KH: SG | RE: COVID-19 Notification Letter and COVID-19 DRAFT policy | Attorney Client |
| 3/20/2021 | 44720–44723 | LT | GS | RE: Confidential: RE WWTP | Attorney Client |
| 8/9/2021 | 44724–44726 | MC | SLA; GS | RE: Contact | Work Product/ Attorney Client |
| 12/14/2020 | 44727–44742 | LT | GS | RE: Contract Employee | Attorney Client |
| 4/16/2020 | 44743–44753 | KG | GS | RE: DRAFT – Suspension w/ Pay | Attorney Client |
| 8/3/2020 | 44754–44755 | LT | GS | RE: DRAFT COVID-19 Policy | Attorney Client |
| 2/20/2020 | 44756–44757 | LT | GS | RE: DRAFT Contract w/ SportSites | Attorney Client |
| 12/16/2020 | 44758–44779 | LT | GS | RE: DRAFT Verbal Warning for Review | Attorney Client |
| 6/4/2020 | 44787–45107 | LT | GS | RE: Discussion RE: WWTP | Attorney Client |
| 3/13/2020 | 44788–44789; 45110–45113 | MC | GS | RE: Draft Communication Review | Attorney Client |
| 6/1/2020 | 44806–44820; 45122–45139 | LT | GS; MC; HP | RE: Experience Works MOU | Attorney Client |
| 7/22/2020 | 44821–44822; 45146 | MC | GS; SM; HP; LT; KH; KG; SG | RE: Face Covering Study | Attorney Client |
| 7/1/2020 | 44823–44829 | GS | LT | RE: Fact Finding Summary | Attorney Client |
| 4/20/2020 | 44830–44831; 45157–45160 | LT | GS | RE: For Review | Attorney Client |
| 8/8/2021 | 44832–44834 | GS | MC | RE: Fwd: Contact | Work Product/ Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 8/27/2021 | 44834–44842 | GS | MC | RE: Fwd: Update on Status | Work Product/ Attorney Client |
| 6/1/2020 | 44843–44844 | LT | GS | RE: Letter of Notice for WWTP Employees | Attorney Client |
| 4/22/2020 | 44845–44846 | LT | GS | RE: Licensure Requirements | Attorney Client |
| 3/23/2021 | 44870–44874 | LT | GS | RE: MOU | Attorney Client |
| 3/18/2020 | 44875–44876; 45207–45208 | LT | GS | RE: Policy Review | Attorney Client |
| 9/2/2020 | 44877; 45209–45214 | LT | GS; MC; SM; SG | RE: Policy on Temperature Monitor | Attorney Client |
| 4/21/2020 | 44878–44890; 45215–45217 | GS | LT; SG | RE: Press Release | Attorney Client/ Confidential |
| 4/3/2020 | 44891–44895; 45218–45247 | MC | GS; HP; SM; LT; KH | RE: Public Meetings | Attorney Client |
| 6/11/2020 | 44896–44898 | LT | GS | RE: Rape case | Attorney Client/ Confidential/ Not Relevant |
| 11/30/2020 | 44901–44902; 45263–45264 | LT | GS | RE: Signs for Mask Requirement | Attorney Client |
| 3/3/2021 | 44906–44910 | LT | SM; GS | RE: Subpoena | Attorney Client |
| 7/9/2020 | 44911–44915 | LT | GS; MC | RE: Termination Documents | Work Product/ Attorney Client |
| 7/30/2020 | 44916–44917; 45308–45311 | LT | GS; MC | RE: Thermal Camera Notice | Attorney Client |
| 12/6/2023 | 44920–44921 | MC | SLA | RE: Tornabene Lawsuit | Work Product/ Attorney Client |
| 2/15/2022 | 44932 | MC | LG; SM; GS | RE: Tornabene v. City of Blackfoot | Work Product/ Attorney Client |
| 8/27/2020 | 44933–44934 | LT | GS | RE: UPDATED DRAFT: Written Warning | Work Product/ Attorney Client |
| 8/23/2021 | 44935–44943 | MC | GS | RE: Update on Status | Work Product/ Attorney Client |
| 3/25/2020 | 44944–44962 | HP | GS; MC; LT; KH; SM | RE: Utility Billing | Attorney Client |
| 4/14/2021 | 44963–44977; 45385–45386 | SG | LT; GS | RE: code | Attorney Client |
| 2/13/2020 | 44987–44988 | GS | LT | Re: Application | Attorney Client |
| 4/1/2021 | 44989–45004 | GS | LT; MC; SM; KH; KG; SG | Re: COVID-19 Notification Letter and COVID0-19 DRAFT Policy | Attorney Client |
| 8/8/2021 | 45005–45007 | MC | GS | Re: Contact | Work Product/ Attorney Client |

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2020 | 45008–45038 | GS | LT | Re: Contract Employee | Attorney Client |
| 11/16/2020 | 45039–45040 | GS | MC; SM; LT; KH | Re: Covid-19 | Attorney Client |
| 7/31/2020 | 45056–45061 | GS | LT; MC; KH | Re: DRAFT COVID-19 Policy | Attorney Client |
| 2/19/2020 | 45062–45065 | GS | LT; MC | Re: DRAFT Contract w/ SportSites | Attorney Client |
| 12/18/2020 | 45066–45067 | GS | LT | Re: DRAFT Paragraph for Review | Attorney Client |
| 12/2/2020 | 45068–45069 | GS | MC | Re: DRAFT Telecommuting Policy | Attorney Client |
| 12/16/2020 | 45070–45077 | GS | LT | Re: DRAFT Verbal Warning for Review | Attorney Client |
| 8/27/2020 | 45078–45103; 45333–45340 | GS | LT; MC; KH; SM | Re: DRAFT Written Warning | Attorney Client |
| 2/22/2021 | 45161–45164 | GS | MC | Re: Friday Legislative Update | Attorney Client |
| 7/2/2020 | 45165–45166 | GS | MC; SM; LT; HP; KH | Re: Hailey Emergency Public Health Order | Attorney Client |
| 1/11/2021 | 45167–45170 | GS | MC; SG; SM; LT; KH | Re: Hebrews 12 1&2 : The Race | Attorney Client |
| 6/1/2020 | 45171–45174 | GS | LT | Re: Letter of Notice for WWTP Employees | Attorney Client |
| 3/24/2021 | 45195–45203 | LT | GS | Re: MOU | Attorney Client |
| 6/15/2020 | 45248–45249 | GS | LT | Re: Public Works Policy | Attorney Client |
| 5/7/2020 | 45250–45252 | GS | HP; MC; SM; LT; KH | Re: REGISTER CITIES TO RECEIVE COVID-19 REIMBURSEMENTS | Attorney Client |
| 5/18/2020 | 45258–45260 | GS | MC | Re: Reopening Plan | Attorney Client |
| 3/27/2020 | 45269–45283 | GS | LT; MC | Re: Tearra Larsen | Attorney Client |
| 7/9/2020 | 45284–45299 | GS | LT; MC | Re: Termination Documents | Work Product/ Attorney Client |
| 12/5/2023 | 45312; 45405 | SLA | MC | Re: Tornabene Lawsuit | Attorney Client/ Communication after start of litigation |
| 7/24/2023 | 45402 | CRS | MC | Tornabene Depositions | Attorney Client/ Communication after start of litigation |
| 10/17/2023 | 45408 | LG | MC; SM | Tornabene v. City of Blackfoot | Attorney Client/ Communication after start of litigation |

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2023 | 45410 | LG | MC; SM | Tornabene v. City of Blackfoot | Attorney Client/ Communication after start of litigation |
| 9/9/2021 | 45411 | GS | MC | Tornabene | Work Product/ Attorney Client |
| 8/8/2021 | 45582–45583 | MC | GS | Fwd: Contact | Work Product/ Attorney Client |

BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
CORY R. STEGELMEIER, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434, 7012, and 10095*
bgh@hasattorneys.com
sla@hasattorneys.com
crs@hasattorneys.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LISA TORNABENE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BLACKFOOT, a political subdivision of the State of Idaho; and MARC CARROLL, in his individual and official capacity,<br><br>Defendants. | Case No. 4:22-cv-00180-AKB<br><br>**DEFENDANTS' SUPPLEMENTAL EXPERT WITNESS DISCLOSURES** |

Defendants, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 26 and the Court's scheduling order hereby designate the following expert witness who may be called at the trial of this matter:

**Retained Experts**

1. Delyn D. Porter, M.A., CRC, CIWC
   Porter Vocational Services
   320 North 1100 West
   Blackfoot, ID 83221
   (208)380-3946



**EXHIBIT 2**

**Opinions:** The opinions to be expressed by Mr. Porter are set forth fully in his expert report attached hereto as Exhibit A. Mr. Porter will also offer the opinion that had Ms. Tornabene diligently looked for alternative employment, she would have found a job in six months or less based on the job market and her skills and qualifications.
**Basis and Reasons for Opinions:** The basis and reasons for Mr. Porter's opinions are set forth fully in his expert report.
**Data or other Information Considered by the Witness:** Mr. Porter considered the data and other information listed in his expert report.
**Exhibits to be Utilized:** Mr. Porter will utilize the attachments set forth in his report as exhibits. Mr. Porter reserves the right to use any other document disclosed by any party as an exhibit.
**Qualifications:** Mr. Porter's qualifications are set forth in his CV attached as part of Exhibit A.
**Publications Authored by Witness in the past ten (10) years:** A list of publications which Mr. Porter has authored in the past ten (10) years is set forth in Exhibit A
**Compensation to be paid to Witness:** Mr. Porter's fee scheduled is attached as part of Exhibit A.
**Other Cases in which this Witness has testified during the past four (4) years:** A list of cases in which Mr. Porter has testified is set forth in Exhibit A.

2. Keith A. Pinkerton, MBA, CFA, ASA
Value Analytics
6568 S. Federal Way, Box 316
Boise, ID 83716
(208)994-7750

**Opinions:** The opinions to be expressed by Mr. Pinkerton are set forth fully in his expert report attached hereto as Exhibit B.
**Basis and Reasons for Opinions:** The basis and reasons for Mr. Pinkerton's opinions are set forth fully in his expert report.
**Data or other Information Considered by the Witness:** Mr. Pinkerton considered the data and other information listed in his expert report.
**Exhibits to be Utilized:** Mr. Pinkerton will utilize the attachments set forth in his report as exhibits. Mr. Pinkerton reserves the right to use any other document disclosed by any party as an exhibit.
**Qualifications:** Mr. Pinkerton's qualifications are set forth in his CV attached as part of Exhibit B.
**Publications Authored by Witness in the past ten (10) years:** A list of publications which Mr. Pinkerton has authored in the past ten (10) years is set forth in Exhibit B
**Compensation to be paid to Witness:** Mr. Pinkerton's fee scheduled is attached as part of Exhibit B.
**Other Cases in which this Witness has testified during the past four (4) years:** A list of cases in which Mr. Pinkerton has testified is set forth in Exhibit B.

**Non-Retained Experts**

1. Mayor Marc Carroll, c/o Hall Angell & Associates. Mayor Carroll is expected to present evidence and testimony regarding the City's needs and requirements for the HR Director Position. Mayor Carroll is expected to testify regarding Plaintiff's ability to fulfill the essential job functions of the HR Director Position without having regular in-person office hours. Mayor Carroll will also testify regarding the reasonableness of the accommodations offered to Plaintiff which she rejected prior to her termination.

2. Suzanne McNeel, c/o Hall Angell & Associates. Ms. McNeel was the Clerk for the City of Blackfoot at the time Plaintiff was employed by the City of Blackfoot. Ms. McNeel is expected to present evidence and testimony regarding essential job functions of the HR Director which were being performed by others or were not being performed when Plaintiff refused to return to work in person. Ms. McNeel will offer opinion testimony regarding the strain on the City and its employees from not having a HR Director who had regular in person office hours.

3. Gregory Austin, c/o Hall Angell & Associates. Mr. Austin was the HR Director for the City of Blackfoot from December 2021 until his retirement in February of 2025. Mr. Austin is expected to present evidence and testimony regarding the demands of the HR Director position and the need for that position to have regular in-person office hours. Mr. Austin is expected to testify that it would be impossible to effectively perform the essential job functions of this position cannot be completed without regular in-person office hours.

Defendants reserve the right to supplement this expert witness disclosure as more information becomes available. Defendants reserve the right to call as an expert witness any and all expert witnesses disclosed by Plaintiff in her expert witness disclosures.

Dated April 11, 2025.

/S/
SAM L. ANGELL

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the foregoing document upon the following on April 11, 2025, by the method indicated below:

DeAnne Casperson, Esq.
Amanda Ulrich, Esq.
Ryan S. Dustin, Esq.
CASPERSON ULRICH DUSTIN
356 W Sunnyside Road, Ste B
Idaho Falls, ID 83402
Email: dcasperson@workandwage.com
Email: aulrich@workandwage.com
Email: rdustin@workandwage.com

[X] Email

/S/
SAM L. ANGELL

Exhibit A

**Porter Vocational Services**
**Mr. Delyn D Porter, M.A., CRC, CIWCS**

**VOCATIONAL EVALUATION REPORT**

March 28, 2025

Mr. Cory Stegelmeier
Hall Angell & Associates
1075 S Utah Ave
Idaho Falls, ID 83402

RE: **Tornabene, Lisa J.**

The case of Ms. Lisa J. Tornabene was referred to Porter Vocational Services by Mr. Cory Stegelmeier, attorney with Hall Angell & Associates with a request that a vocational assessment be completed.

This evaluation report has been completed based upon a review of the records provided to Porter Vocational Services by Mr. Stegelmeier. No interview with Ms. Tornabene was conducted as part of this assessment.

**CLAIMANT INFORMATION:**

| | |
|---|---|
| **CASE NAME:** | **LISA J. TORNABENE** |
| **Case Number:** | **1:22-cv-00189-AKB** |
| **Employer:** | **City of Blackfoot** |
| **Occupation:** | **Human Resources Director** |

**METHODOLOGY**

Vocational damages were determined using the generally accepted and peer reviewed RAPEL methodology.

The RAPEL method (Weed, 1994; Weed, 1995: Weed, 1998: Weed, 1999; Weed 2000) is a comprehensive approach which includes all elements needed to determine loss of access, loss of earnings capacity, future medical care, worklife expectance, rehabilitation plan, placeability, and employability factors. RAPEL is a mnemonic designed to assist the rehabilitation expert with collecting the data for analysis:

• Rehabilitation Plan: Determine the rehabilitation plan based on the client's vocational and functional limitations, vocational strengths, emotional functioning, and cognitive capabilities. This may include testing, counseling, training fees, rehabilitation technology, job analysis, job coaching, placement, and other needs for increasing employment potential. Also consider

reasonable accommodation. A life care plan may be needed for catastrophic injuries.

• Access to the labor market: Determine the evaluee's access to the labor market. Methods include computer programs, transferability of skills (or worker trait) analysis, disability statistics and experience. This may also represent the evaluee's loss of choice and is particularly relevant if earnings potential is based on very few positions.

• Placeability: This represents the likelihood that the client could be successfully placed in a job. This is where the "rubber meets the road." Consider the employment statistics for people with disabilities, employment data for the specific medical condition (if available), economic situation of the community (may include a labor market survey), availability (not just existence) of jobs in chosen occupations. Note that the evaluee's attitude, personality and other factors may influence the ultimate outcome.

• Earning Capacity: Based on the above, what is the pre-incident capacity to earn compared to the post-incident capacity to earn. Specific consideration applies to children, women with limited or no work history, people who choose to work below their capacity (e.g., highly educated who are farmers) and military trained.

• Labor Force Participation: This represents the evaluee's work life expectancy. Determine the amount of time that is lost, if any, from the labor force as a result of the disability. Issues include longer time to find employment, part-time vs. full-time employment, medical treatment or follow up, earlier retirement, etc.

This vocational report will use a "practical approach" to labor market loss and earning capacity loss assessment that include the following steps:

1. Following a review of the available records, develop a pre-incident assessment of labor market access and earning capacity (or base wage).

Note: This base wage may not necessarily be the wage at the time of injury, but instead may be based on jobs or wages that best represent the evaluee's pre-incident functional capacity profile.

2. Identify current labor market access and current wage-earning capacity by identifying jobs and wages that best represent the evaluee's residual functional capacity (RFC); and,

3. Evaluate the difference between the pre-incident labor market access and earning capacity and the post- incident labor market access and earning capacity.

**MEDICAL INFORMATION REVIEWED:**

- Gus Grimmett, B.S.N., R.N., F.N.P.

**ADDITIONAL INFORMATION REVIEWED / VOCATIONAL RESOURCES:**

- PL000781
- PL000782 – 820
- Position Description- Human Resources Director PL000033 – PL000035
- Tornabene Resume PL000057 – PL000060
- Tornabene v. City of Blackfoot Memorandum Decision and Order dated 02/27/2024
- AMA Guides to the Evaluation of Permanent Impairment, 6th Edition
- Idaho Department of Labor
- Occupational Employment Quarterly
- Dictionary of Occupational Titles
- O*NET
- Selected Characteristics of Occupations Defined in the Revised Dictionary of Occupational Titles (SCODRDOT)
- New Guide for Occupational Exploration
- The Revised Handbook for Analyzing Jobs
- Rehabilitation Consultant's Handbook, 4th Edition
- Occupational Outlook Handbook
- SkillTRAN
- US Department of Labor Bureau of Labor Statistics

**MEDICAL RECORD REVIEW:**

Based upon my review of the medical records provided with this referral, I have identified the following information:

| Date | Medical Provider | Notes |
|---|---|---|
| 03/23/2021 | Blackfoot Medical Center – Gus Grimmett, B.S.N., R.N., F.N.P. | FNP Gus Grimmett authored a letter indicating that Ms. Tornabene had recently been infected with COVID-19.<br><br>FNP Grimmett opined that Ms. Tornabene had chronic symptoms including headache, malaise, fatigue, dizziness, and exertional shortness of breath. She has disruption of thought processes intermittently and needs to rest on occasion. |

| | | |
|---|---|---|
| | | Patient has difficulty climbing stairs, walking across the room, and sometimes speaking. She will become winded or short of breath with these simple daily activities of daily living.<br><br>FNP Grimmett opined that it was medically necessary for Ms. Tornabene to work from home. He opined that this will allow her the benefit to compensate for her current disability. This will allow her to rest when needing to rest and allow her to keep her immune system built up. |
| 08/02/2021 | Blackfoot Medical Center – Gus Grimmett, B.S.N., R.N., F.N.P. | FNP Gus Grimmett authored a letter noting that Ms. Tornabene continues to experience complications from Long COVID-19.<br><br>FNP Grimmett opined that because of her symptoms, it is medically necessary for Ms. Tornabene to perform the essential functions of her job from home in order to be able to spread the tasks out throughout the day, work in a safe environment, eliminate stress of interpersonal interactions and rest when needed.<br><br>FNP Grimmett opined that he had reviewed the essential job functions and felt that Ms. Tornabene was fully capable of performing those functions from home effectively through telephone conferences, Zoom conferences, etc.<br><br>FNP Grimmett opined that Ms. Tornabene may be able to go to the office at her discretion on off-hours, but it should not be in an overly stressful situation or for a prolonged length of time. At this time, due to weakness and vertigo, her husband will be required to transport her as she is unable to drive safely.<br><br>FNP Grimmett noted that he would re-evaluate the patient and this accommodation in eight weeks to determine if any changes should be made.<br><br>He noted that Ms. Tornabene could go to office on off hours, being driven by her husband. |

## Education and Professional Credits

Ms. Tornabene reports the following education and professional credits on her resume:

- **Public Information Officer**- Trained & Certified by the Department of Homeland Security (2016)
- **Bachelor of Science- Animal Husbandry** (Large Animal Pre-Veterinary Medicine (1982)
- **Certificate in Laboratory Animal Research** (1982)
- **Certificate Laboratory Animal Technologist**- American Association of Laboratory Animal Science (1982).

## Work History:

Ms. Tornabene has the following reported work history:

| Date(s) | Employer | Job Title |
|---|---|---|
| June 2015 – September 2021 | City of Blackfoot (Blackfoot, Idaho) | **Human Resources Director** |
| April 2012 – May 2015 | Title Financial Specialty Services (Blackfoot, Idaho) | **Trust Officer** |
| January 2012 – February 2012 | Bingham County Sheriff's Office (Blackfoot, Idaho) | **9-1-1 Emergency Services Dispatcher** |
| November 2009 – March 2011 | Weichert Realtors (Yardley Pennsylvania) | **Realtor** |
| 2006 – 2008 | Merck & Co. Inc. (Whitehouse Station, New Jersey) | **Human Resources Director** |
| 1992 – 2005 | Merck & Co Inc. (Whitehouse Station, New Jersey) | **Human Resources Manager** |
| 1989 – 1992 | Merck Research Laboratories (West Point, Pennsylvania) | **Medical Program Coordinator, Clinical Research** |
| 1988 – 1989 | Merck Research Laboratories (West Point, Pennsylvania) | **Lead Supervisor, Laboratory Animal Resources** |
| 1986 – 1988 | Merck Research Laboratories (West Point, Pennsylvania) | **Supervisor, Laboratory Animal Resources** |
| 1982 – 1986 | Merck Research Laboratories (West Point, Pennsylvania) | **Staff Biologist** |

## Dictionary of Occupational Titles:

The Dictionary of Occupational Titles (DOT) provides the following information regarding Ms. Tornabene's previous employment:

CODE: **199.267-034**

TITLE(s): **RESEARCH ASSISTANT II (profess. & kin.) alternate titles: researcher**

Analyzes verbal or statistical data to prepare reports and studies for use by professional workers in variety of areas, such as science, social science, law, medicine, or politics: Searches sources, such as reference works, literature, documents, newspapers, and statistical records, to obtain data on assigned subject. Analyzes and evaluates applicability of collected data. Prepares statistical tabulations, using calculator or computer. Writes reports or presents data in formats such as abstracts, bibliographies, graphs, or maps. May interview individuals to obtain data or draft correspondence to answer inquiries. May be designated Legislative Aide (government ser.) when conducting studies to assist lawmakers.

**GOE: 11.08.02 STRENGTH: S GED: R5 M3 L5 SVP: 6 DLU: 87**

---

CODE: **418.137-010**

TITLE(s): **SUPERVISOR, LABORATORY ANIMAL FACILITY (agriculture)**

Supervises and coordinates activities of workers involved in operations of animal research facility: Plans budget and arranges purchase of items, such as animal feed, medicines, and research instruments. Advises workers regarding requirements of research projects and requirements for compliance with federal guidelines for operation of research facility. Instructs workers regarding procedures, such as feeding and cleaning schedules and compilation of data for research reports. Monitors care and health of animals. Reviews work of personnel to verify accuracy of research and reports and to determine established procedures are followed.

**GOE: 02.04.02 STRENGTH: L GED: R4 M3 L4 SVP: 7 DLU: 86**

---

CODE: **250.357-018**

TITLE(s): **SALES AGENT, REAL ESTATE (real estate) alternate titles: real-estate agent**

Rents, buys, and sells property for clients on commission basis: Studies property listings to become familiar with properties for sale. Reviews trade journals and attends staff and association meetings to keep informed of marketing conditions, property values, and legislation which would affect real estate industry. Interviews prospective clients to solicit listings. Accompanies prospects to property sites, quotes purchase price, describes features, and discusses conditions of sale or terms of lease. Draws up real estate contracts, such as deeds, leases, and mortgages, and negotiates loans on property. Must have license issued by state. May hold broker's license and be designated Real-Estate Broker (real estate). May assist buyer and seller in obtaining pertinent information or services, such as finance, maintenance, repair, or obtaining an appraisal. May obtain pictures and measurements of rooms, doors, windows, or any other specified areas for inclusion in newspaper advertisement and real estate booklets listing description of property. May inspect property to determine if repairs are needed and notify owner. May conduct seminars and training sessions for sales agents to improve sales techniques. May prepare closing statements, oversee signing of real estate documents, disburse funds, and coordinate closing activities.

**GOE: 08.02.04 STRENGTH: L GED: R4 M3 L4 SVP: 5 DLU: 89**

ONET CROSSWALK: 43008 Sales Agents, Real Estate

---

ODE: **379.362-010**

TITLE(s): **DISPATCHER, RADIO (government ser.) alternate titles: dispatcher; police radio dispatcher; station operator** Receives complaints from public concerning crimes and police emergencies, broadcasts orders to police radio patrol units in vicinity to investigate complaint, and relays instructions or questions from remote units. Records calls broadcast and complaints received. In some municipalities coordinates all police, fire, ambulance, and other emergency requests, relaying instructions to radio unit concerned. May make operating adjustments to transmitting equipment where station is not automatic and be required to hold federal license. May transmit and receive messages between divisions of own agency and other law enforcement agencies. May monitor silent alarm system to detect illegal entry into business establishments. May contact POLICE OFFICERS (government ser.) I 375.263-014 and GUARDS, SCHOOL-CROSSING (government ser.) 371.567-010 to verify assignment locations.

**GOE: 07.04.05 STRENGTH: S GED: R3 M2 L3 SVP: 4 DLU: 81**

ONET CROSSWALK: 58002 Dispatchers- Police, Fire, and Ambulance

---

CODE: **186.117-074**

TITLE(s): **TRUST OFFICER (financial) alternate titles: trust administrator**

Directs and coordinates activities relative to creating and administering personal, corporate, probate, and court-ordered guardianship trusts in accordance with terms creating trust, will, or court order: Directs drafting of, drafts, or consults with client's attorney who drafts, legal documents specifying details, conditions, and duration of trust. Locates and places funds, securities, and other assets in trust account. Interviews trust beneficiaries of court-ordered guardianship trusts in order to locate probable sources of assets. Negotiates with public agencies, such as Social Security Administration and Worker's Compensation Commission, in effort to accumulate all assets into trust. Directs collection of earnings, dividends, or sale of assets and placement of proceeds in trust account. Directs realization of assets, liquidation of liabilities, and payment of debts for trusts. Directs disbursement of funds according to conditions of trust or needs of court ward or beneficiary. Ensures that excess or surplus funds are invested according to terms of trust and wishes of trust client. May specialize in promoting trust services and establishing new trust accounts. May prepare federal and state tax returns for trusts. May be designated according to type of trust as Corporate Trust Officer (financial); Personal Trust Officer (financial).

**GOE: 11.06.05 STRENGTH: L GED: R5 M4 L5 SVP: 7 DLU: 89**

ONET CROSSWALK: 13002B Financial Managers, Branch or Department

---

CODE: **166.117-018**

TITLE(s): **MANAGER, PERSONNEL (profess. & kin.) alternate titles: manager, human resources**

Plans and carries out policies relating to all phases of personnel activity: Recruits, interviews, and selects employees to fill vacant positions. Plans and conducts new employee orientation to foster positive attitude toward company goals. Keeps record of insurance coverage, pension plan, and personnel transactions, such as hires, promotions, transfers, and terminations. Investigates accidents and prepares reports for insurance carrier. Conducts wage survey within labor market to determine competitive wage

rate. Prepares budget of personnel operations. Meets with shop stewards and supervisors to resolve grievances. Writes separation notices for employees separating with cause and conducts exit interviews to determine reasons behind separations. Prepares reports and recommends procedures to reduce absenteeism and turnover. Represents company at personnel-related hearings and investigations. Contracts with outside suppliers to provide employee services, such as canteen, transportation, or relocation service. May prepare budget of personnel operations, using computer terminal. May administer manual and dexterity tests to applicants. May supervise clerical workers. May keep records of hired employee characteristics for governmental reporting purposes. May negotiate collective bargaining agreement with BUSINESS REPRESENTATIVE, LABOR UNION (profess & kin.) 187.167-018.
**GOE: 11.05.02 STRENGTH: S GED: R5 M5 L5 SVP: 8 DLU: 88**
ONET CROSSWALK: 13005A Human Resources Managers

---

CODE: **166.267-046**
TITLE(s): **HUMAN RESOURCE ADVISOR (profess. & kin.)**
Provides establishment personnel assistance in identifying, evaluating, and resolving human relations and work performance problems within establishment to facilitate communication and improve employee human relations skills and work performance: Talks informally with establishment personnel and attends meetings of managers, supervisors, and work units to facilitate effective interpersonal communication among participants and to ascertain human relations and work related problems that adversely affect employee morale and establishment productivity. Evaluates human relations and work related problems and meets with supervisors and managers to determine effective remediation techniques, such as job skill training or personal intervention, to resolve human relations issues among personnel. Develops and conducts training to instruct establishment managers, supervisors, and workers in human relation skills, such as supervisory skills, conflict resolution skills, interpersonal communication skills, and effective group interaction skills. Schedules individuals for technical job-related skills training to improve individual work performance. May participate in resolving labor relations issues. May assist in screening applicants for establishment training programs. May write employee newsletter. May operate audio-visual equipment to review or to present audio-visual tapes for training program.
**GOE: 11.02.02 STRENGTH: L GED: R5 M3 L5 SVP: 7 DLU: 87**
ONET CROSSWALK: 21511C Employee Relations Specialists

---

---

## VOCATIONAL ASSESSMENT / TRANSFERABLE SKILLS ANALYSIS:

Vocational skills are transferable when activities done in past work settings can be used to meet the requirements of other compatible work. This includes similar products, services, tools, or products involved in the work produced. Reasonable transferability of work skills is achieved by a.) Staying within the same work field codes and/or the same MPS codes of previously held jobs; and b.) Identifying new jobs that are equal to or less than the SVP of the previous jobs.

**Skill Transfer Component:**

Based upon her vocational profile and work history, Ms. Tornabene is noted to have the following Skill Transfer Components based upon her work history:

Work Fields:

| Code | Title | SVP |
|---|---|---|
| 251 | Researching | 6 |
| 261 | Writing | 6 |
| 271 | Litigating | 7 |
| 281 | System Communication | 4 |
| 291 | Accommodating | 7 |
| 292 | Merchandising- Sales | 5 |
| 295 | Administering | 8 |
| 296 | Teaching | 7 |
| 298 | Advising-Counseling | 7 |

MPSMS:

| Code | Title | SVP |
|---|---|---|
| 329 | Animals, NEC | 7 |
| 863 | Radio Broadcasting | 4 |
| 893 | General Administration and Admin Specialties | 8 |
| 894 | Financial Services | 7 |
| 895 | Insurance and Real Estate | 5 |
| 939 | Education/Legal/Library/ Archival Services NEC | 6 |
| 943 | Employment Services | 8 |
| 951 | Protective Services, except Military | 4 |

**Specific Vocational Preparation:**

Specific Vocational Preparation is defined as the amount of lapsed time required by a typical worker to learn the techniques, acquire the information, and develop the facility needed for average performance in a specific job-worker situation. This training may be acquired in a school, work, military, institutional, or vocational environment. It does not include the orientation time required of a fully qualified worker to become accustomed to the special conditions of any new job.

| Level | Skill Level | Time |
|---|---|---|
| 1 | Unskilled | Short demonstration only |
| 2 | Unskilled | Anything beyond a short demonstration up to and including 1 month |
| 3 | Semi-skilled | Over 1 month up to and including 3 months |
| 4 | Semi-skilled | Over 3 months up to and including 6 months |
| 5 | Skilled | Over 6 months up to and including 1 year |
| 6 | Skilled | Over 1 year up to and including 2 years |
| 7 | Skilled | Over 2 years up to and including 4 years |
| 8 | Highly Skilled | Over 4 years up to and including 10 years |
| 9 | Highly Skilled | Over 10 years |

Ms. Tornabene has previously worked in semi-skilled and skilled employment settings. Her work history includes jobs with an SVP (4 ) up to an SVP (8 ).

A review of Ms. Tornabene's actual past work history shows that her highest level of Specific Vocational Preparation (SVP) is a Level (8) Over 4 years up to and including 10 years.

Ms. Tornabene is capable of working in occupations ranging from an SVP Level (1) through an SVP Level (8), in occupations that she is otherwise qualified to perform.

**Physical Strength Category:**

The physical demands strength rating reflects the estimated overall strength requirements of the job, expressed in terms of the letter corresponding to the particular strength rating. It represents the strength requirements which are considered to be important for average, successful work performance.

When considering the appropriateness of any occupation on a post-injury basis, the vocational evaluator must consider both the exertional (lifting, carrying) and positional (standing, sitting, walking, twisting, kneeling, bending, stooping, pushing, pulling, etc.) capacity of the injured worker to determine the appropriateness of any vocational field or occupation for consideration on a post-injury basis.

For example, an injured worker may have the lifting and carrying capacity to compete in all jobs in the heavy work category, but might have positional restrictions that would eliminate her from consideration in a number of those heavy strength occupations.

Conversely, a worker may have the positional abilities to compete in heavy work but may have lifting restrictions that would eliminate her ability to perform jobs within that strength category.

For a position to be determined appropriate for an injured worker on a post-injury basis, the claimant must have both the exertional and positional capacities to perform the work as outlined in individual occupations or as identified in the Selected Characteristics of Occupations Defined in the Revised Dictionary of Occupational Titles (SCODRDOT).

- **(S) Sedentary Work:** Exerting up to 10 pounds of force occasionally and/ or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally, and all other sedentary criteria is met.
- **(L) Light Work:** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for Sedentary Work.
- **(M) Medium Work:** Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical demand requirements are in excess of those for Light Work.
- **(H) Heavy Work:** Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical demand requirements are in excess of those for Medium Work.
- **(V) Very Heavy:** Exerting in excess of 100 pounds of force occasionally, and/or in excess of 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical demands are in excess of those for Heavy Work.

Ms. Tornabene's past work history has involved job tasks that are defined as sedentary and light physical demand activities.

## LABOR MARKET INFORMATION:

For the purpose of identifying the available labor market area I have considered a 50-mile radius from the claimant's residence in Blackfoot, Idaho as her viable labor market area.

## DISCUSSION AND OPINIONS:

Based upon her vocational profile, Ms. Tornabene's highest wage-earning capacity involves work in Human Resources.

Ms. Tornabene worked as the **Human Resource Director** for the City of Blackfoot from June 2015 to August 2021.

In March 2020, Ms. Tornabene, along with other City of Blackfoot staff began working remotely due to the COVID-19 pandemic regulations. She, along with other staff continued to work remotely until September 2020 when she was diagnosed with COVID-19.

In December 2020, Ms. Tornabene developed long-haul COVID-19 with lung and breathing problems, chronic fatigue, and vertigo. On the advice of FNP Grimmett, Ms. Tornabene requested that the City of Blackfoot allow her to continue working from home.

Initially, the City of Blackfoot accommodated this request, however, in April 2021, Mayor Carroll met with Ms. Tornabene and advised her that an essential function of her HR Director position was having

regular in-person office hours. When Ms. Tornabene informed the City that she could not return to regular, in-person office hours, even on a part-time basis, the City of Blackfoot terminated her employment effective September 09, 2021.

In April 2022, Ms. Tornabene filed a lawsuit against the City of Blackfoot and Mayor Carroll alleging they violated federal and state laws by failing to reasonably accommodate her COVID long-haulers syndrome.

I have reviewed the City of Blackfoot Position Description for the Human Resources Director Position. The position summary notes the the Human Resources Director performs a variety of complex administrative, managerial, and professional duties related to planning, organizing, directing, and coordinating the human resource programs in support of the Mayor and City Council, including classification, compensation, recruitment, selection, employee relations, labor relations, employee benefits, management development, and employee health and safety.

Work is performed with policies and administrative regulations under the direction of the City Clerk. The individual in this position serves as the City's Public Information Officer, and the City's Section 504/ADA Coordinator. **The principle duties of the position are performed in a general office environment.**

On September 08, 2020, The Equal Employment Opportunity Commission (EEOC) released updated guidance stating that businesses will not be required to automatically allow remote work as a reasonable accommodation under the Americans with Disabilities Act (ADA) as the threat of COVID-19 dissipates.

This guidance applies to those employers covered by Title I of the ADA. Title I applies to private employers with 15 or more employees. It **also applies to state and local government employers**, employment agencies, and labor unions. All nondiscrimination standards under Title I of the ADA also apply to federal agencies under Section 501 of the Rehabilitation Act.

Under Title I, employers must provide qualified employees with disabilities with reasonable accommodations to do their jobs, except when such accommodation would cause an undue hardship. **An adjustment that eliminates an essential function or fundamental duty of a position is not considered a reasonable accommodation.**

On 08/02/2021 FNP Grimmett opined that it was medically necessary for Ms. Tornabene to perform the essential functions of her job from home. He opined that she may be able to go to the office at her discretion on off-hours, but it should not be in an overly stressful situation or for prolonged periods of time. He noted that he would re-evaluate the patient and her requested accommodations in eight weeks.

I have reviewed the job search tracking records from Ms. Tornabene. From January 11, 2023 to April 11, 2023, Ms. Tornabene applied for the following positions:

| Date Applied | Employer | Position | Location |
|---|---|---|---|
| 01/11/2023 | Amy's Kitchen | Senior HR Manager | Pocatello, Idaho |
| 01/11/2023 | Basic American Foods | HR Analyst | Blackfoot, Idaho |
| 01/11/2023 | Basic American Foods | HR Recruiter and Generalist | Blackfoot, Idaho |
| 02/01/2023 | Golden Valley Natural | HR Manager | Shelley, Idaho |
| 02/23/2023 | Riverbend Communications | HR Manager | Idaho Falls, Idaho |
| 02/23/2023 | Good 2 Go | HR Business Partner | Idaho Falls, Idaho |
| 03/20/2023 | Confidential | HR Generalist | Idaho Falls, Idaho |
| 03/20/2023 | CAL Ranch Stores | HR Manager | Ammon, Idaho |
| 03/20/2023 | Developmental Options | HR Manager | Pocatello, Idaho |
| 03/20/2023 | Idaho Pacific Holding | Human Resources | Rigby, Idaho |
| 03/20/2023 | Paul Davis Restoration of Idaho | Director of People Operations | Idaho Falls, Idaho |
| 03/28/2023 | Naval Nuclear Laboratory | Retirement Benefits Professional | Idaho Falls, Idaho |
| 04/11/2023 | State of Idaho | Senior HR Specialist | Idaho Falls, Idaho |
| 04/11/2023 | City of Pocatello | HR Benefits & Compliance Coordinator | Pocatello, Idaho |

According to Ms. Tornabene's Job Search Tracking records she applied for a total of 14 positions from January 11, 2023 to April 11, 2023. Unfortunately, I do not have records that show any job search activities since April 11, 2023.

When providing vocational counseling and guidance to active job seekers, I require that they identify a minimum of 5 jobs per week. In my opinion, Ms. Tornabene's job search reflected in her Job Search Tracking records from January 11, 2023 to April 11, 2023 reflects marginal effort in seeking new employment.

In my professional opinion, most of the jobs Ms. Tornabene applied for in 2023 involved job duties that would be primarily performed in an office setting and would require her to work outside of her home.

According to the Idaho Labor Market Information, the current seasonally adjusted unemployment rate for Idaho is 3.8%. The seasonally adjusted unemployment rate for Southeastern Idaho is 3.7%. The seasonally adjusted unemployment rate in Eastern Idaho is 3.2%.

I have reviewed the employment and wage data for jobs that Ms. Tornabene is qualified to pursue based upon her vocational profile. I have used the Idaho Department of Labor *Occupational Employment & Wage Survey* report for the State of Idaho, Southeast-Central Idaho labor market, Pocatello MSA labor market and Idaho Falls MSA labor market.

Based upon her vocational profile, I have identified the following employment and wage data for Ms. Tornabene:

| SOC Code | Occupation | State of Idaho (Median Wage) | Southeast-Central Idaho (Median Wage) | Pocatello MSA (Median Wage) | Idaho Falls MSA (Median Wage) |
|---|---|---|---|---|---|
| 11-3121 | Human Resource Managers | $52.49 | $49.97 | N/A | $37.84 |
| 13-1071 | Human Resources Specialists | $30.08 | $28.82 | $26.19 | $28.64 |
| 13-1075 | Labor Relations Specialists | $39.00 | N/A | N/A | N/A |
| 13-2099 | Financial Specialists, All Other | $33.82 | N/A | N/A | $40.62 |
| 43-1011 | First Line Supervisors of Office and Administrative Support Workers | $26.13 | $23.14 | $20.48 | $21.31 |
| 43-3031 | Bookkeeping, Accounting and Auditing Clerks | $21.14 | $20.93 | $18.66 | $20.99 |
| 43-3051 | Payroll and Timekeeping Clerks | $22.63 | $22.68 | N/A | $21.55 |
| 43-4161 | Human Resources Assistants | $21.51 | $19.46 | N/A | N/A |

*NOTE: Median Wages not reported for Occupations noted as N/A.

As can be seen in the chart above, median wages for jobs that Ms. Tornabene is qualified to pursue based upon her vocational profile within her labor market range from a low of $19.46 per hour to a high of $49.97 per hour.

I have also reviewed the number of jobs in each of the following labor markets for these same occupations. Based upon statistics from the Idaho Department of Labor, the following occupations include the following numbers of jobs (not job openings):

*(The remainder of this page left intentionally blank)*

| SOC Code | Occupation | State of Idaho Employment | Southeast-Central Idaho Employment | Pocatello MSA Employment | Idaho Falls MSA Employment |
|---|---|---|---|---|---|
| 11-3121 | Human Resource Managers | 720 | 70 | N/A | 60 |
| 13-1071 | Human Resources Specialists | 3,310 | 270 | 140 | 230 |
| 13-1075 | Labor Relations Specialists | 130 | N/A | N/A | N/A |
| 13-2099 | Financial Specialists, All Other | 330 | N/A | N/A | 50 |
| 43-1011 | First Line Supervisors of Office and Administrative Support Workers | 7,620 | 660 | 340 | 700 |
| 43-3031 | Bookkeeping, Accounting and Auditing Clerks | 10,130 | 1,110 | 340 | 880 |
| 43-3051 | Payroll and Timekeeping Clerks | 720 | 130 | N/A | 60 |
| 43-4161 | Human Resources Assistants | 340 | 40 | N/A | N/A |
| | TOTAL | 23,300 | 2,280 | 820 | 1,773 |

*NOTE: Employment not reported for Occupations noted as N/A

**CURRENT JOB SEARCH:**

I have conducted a job search of current job openings within a 50-mile radius of Blackfoot, Idaho that Ms. Tornabene is considered qualified to pursue. Based upon her work history, vocational profile, and transferable skills, Ms. Tornabene has access to the following current openings:

| | |
|---|---|
| Job Posting | 2349833 |
| Employer | Aberdeen- Springfield Canal Company |
| Job Title | Human Resources Specialist |
| Location | Aberdeen, Idaho |
| Job Description | The Aberdeen-Springfield Canal Company (ASCC) is seeking a capable, self-motivated individual to fill the Human Resources Specialist position.<br><br>Under direct supervision of the Aberdeen-Springfield Canal Company (ASCC) General Manager, the Human Resources Specialist advises employees on employment and labor laws and requirements; compensation and benefits |

| | |
|---|---|
| | policies; recruiting and hiring; personnel procedures; and performance management. The Human Resources Specialist manages and resolves complex employee work issues by conducting thorough and objective investigations to create mutually agreed upon solutions leading to resolutions. This position works closely with management and employees to improve work relationships, build morale, and increase productivity and retention.<br><br>Duties and Responsibilities<br><br>Applies a wide range of human resources management concepts, laws, policies, practices, analytical, and diagnostic methods and techniques sufficient to solve a wide range of complex, interrelated human resources problems and issues.<br>Analyzes and diagnoses, using qualitative and quantitative techniques sufficient to identify, evaluate, and recommend to management appropriate human resources interventions to resolve complex interrelated human resources problems and issues.<br>Builds consensus, negotiates, builds coalitions, and resolves conflicts sufficient to interact appropriately in highly charged emotional situations.<br>Maintains in-depth knowledge of legal requirements related to day-to-day management of employees, reducing legal risks and ensuring regulatory compliance. Partners with the legal department as needed/required.<br>Provides day-to-day performance management guidance to line management (e.g. coaching, counseling, career development, disciplinary actions).<br>Works closely with management and employees to improve work relationships, build morale and increase productivity and retention.<br>Consults with and advises management on various positions and personnel actions, which are often sensitive.<br>Coordinates and administers Company employee benefit programs including group insurance |

| | |
|---|---|
| | premiums, such as medical, dental, vision, and retirement, and Idaho Workman's Compensation.<br>Provides assistance on retirement matters and with understanding the Public Employee's Retirement System of Idaho.<br>Assists in the preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies.<br>Utilizes automated staffing systems, such as Web-based applications, to perform internal staffing and placement work that includes generating job analyses, vacancy announcements, and referral lists.<br>Provides guideline interpretation and assistance and determines the degree of compliance with regulations and other employment program requirements.<br>Makes use of multiple recruiting strategies.<br>Provides managers, employees, and job applicants with information and non-complex interpretations of the ASCC's recruitment and placement procedures, practices, policies, and guidelines.<br>Provides managers and employees with information and interpretations of the ASCC's compensation, wage administration, and position management procedures, practices, policies, and guidelines.<br>Develops proposals to merge or establish new organizational units within the ASCC for the purpose of improving workforce distribution, position structures, efficiency, effectiveness, or productivity.<br>Provides recommendations on methods and procedures to improve organizational efficiency and effectiveness.<br>Provides analysis of workflow and work methods to support recommendations, including factors such as efficiency, productivity, operational interrelationships, and skill/job mix.<br>Understands the need for change and helps plan for and accommodate it as creatively and positively as possible.<br>Performs data analysis and transforms empirical information into presentation materials. |

| | |
|---|---|
| | Conveys information with and from others in writing, reading, listening, and verbal and non-verbal action.<br>Coordinates follow-up on resolutions and other Board of Directors' action documents as directed.<br>Experience and Education<br><br>One (1) or more of the following:<br><br>One (1) to two (2) years of experience in human resources.<br>One (1) years experience working in a water utility environment, preferable but not mandatory.<br>Specialized training or education in management and/or human resources.<br>Education in business management methods and principles.<br>High school diploma or equivalent.<br>College course work or degree(s) in accounting, human resources, management, business, technology management, psychology, or any other related discipline.<br>Experience, education, and training, in any combination, are acceptable.<br>Benefits<br><br>Health, Dental, and Vision for employee<br><br>Public Employees Retirement System for Idaho<br><br>Paid Time-Off<br><br>Sick Leave<br><br>Holiday Pay<br><br>Email resume to gm@ascanal.org or drop of in-person at the canal office located on 144 S. Main Street, Aberdeen, ID 83210.<br><br>Pay commensurate with education and experience. |
| | |
| Job Posting | JC273279124 |
| Employer | Eastern Idaho Regional Medical Center |
| Job Title | Human Resource Business Partner |

| Job Description | Job Summary<br><br>Provides strategic HR and talent support to designated leaders and employees at one or more HCA Healthcare facilities, creating the desired workplace culture and an engaged and productive workforce through HCA Healthcare policies, programs, and practices. Reporting to the Facility VP of HR, and utilizing processes and tools from HCA Healthcare HR Centers of Excellence and HR Service Centers, this position will provide direct local support for employee relations and engagement, including diversity initiatives.<br><br>Major Responsibilities:<br><br>Strategic Partnering Responsibilities:<br><br>+ Supports HRBP team with strategic activities (i.e. work with leaders on job descriptions and compensation planning activities).<br><br>+ Ensures employees and leaders have the knowledge, skills, and abilities to meet current and future business needs, aligned to customer expectations.<br><br>+ Provides analytics, insights, and recommendations on talent, leadership, and capability to deliver business results.<br><br>+ Collaborates with leaders to support culture/shared mindset activities.<br><br>+ Implements workforce strategies and diagnoses and solves workforce issues.<br><br>Culture Champion Responsibilities:<br><br>+ Promotes/fosters healthy work environment.<br><br>+ Interprets and drives departmental employee engagement action planning.<br><br>+ Supports employee and community engagement activities. |
|---|---|

| | |
|---|---|
| | + Counsels on situational issues; makes recommendations to resolve conflicts.<br><br>+ Advises on performance counseling and discipline.<br><br>+ Coaches and advises leaders.<br><br>Operations Responsibilities:<br><br>+ Coordinates and facilitates employee activity groups.<br><br>+ Provides initial support to employees, Business Partner team, and business leaders.<br><br>+ Partners with leaders to maximize effectiveness and efficiency through labor and efficiency initiatives.<br><br>+ Supports the tracking and interpretation of metrics.<br><br>+ Supports program implementation (i.e. HR Group, Employee, Culture, Performance, Quality and Patient Care), measures outcomes, and raises program awareness.<br><br>+ Deploys development programs, performance management/appraisal, and talent acquisition program tools.<br><br>+ Facilitates employee onboarding and assists with orientation; supports other activities ensuring the hiring and onboarding of employees through the use of the HRG's tools and resources (i.e. daily life cycle, I-9, etc.).<br><br>+ Partners to uphold all compliance standards and programs and performs activities as assigned (i.e. workers' comp intake processing, applicable employee leave of absence/return to work administration).<br><br>+ Provides feedback on programs to ensure COE (continuous improvement activities). |

| | |
|---|---|
| | + Supports as requested during emergency and disaster situations.<br><br>Education & Experience: ??<br><br>+ Bachelor's degree? Required? ??<br><br>+ 3+ years of experience in? relevant work. Required<br><br>Human Resources Group empowers our people to grow and give purpose to the HCA Healthcare culture. We deliver our Human Resource model in three sectors: HR Business Partners, HR Shared Operations and HR Centers of Excellence. HR Business Partner teams are critical to the success of our HR delivery model. We drive performance to achieve successful results to better care for our patients, communities and each other.<br><br>HCA Healthcare has been recognized as one of the World's Most Ethical Companies® by the Ethisphere Institute more than ten times. In recent years, HCA Healthcare spent an estimated $3.7 billion in cost for the delivery of charitable care, uninsured discounts, and other uncompensated expenses.<br><br>In recent years, HCA Healthcare spent an estimated $3.7 billion in cost for the delivery of charitable care, uninsured discounts, and other uncompensated expenses.<br><br>"Bricks and mortar do not make a hospital. People do."- Dr. Thomas Frist, Sr.<br><br>HCA Healthcare Co-Founder<br><br>If you are looking for an opportunity that provides satisfaction and personal growth, we encourage you to apply for our Human Resource Business Partner opening. We promptly review all applications. Highly qualified candidates will be contacted for interviews. |
| | |
| Job Posting | JC273964382 |

| | |
|---|---|
| Employer | Molina Healthcare |
| Job Title | Sr. Employee Relations Consultant- REMOTE |
| Location | Idaho Falls, Idaho |
| Job Description | he Sr. ER Consultant is generally responsible for the following: Mitigating risk for the organization and creating capacity for people leaders in counseling and guiding them through complex employee issues; and Balancing both the need to mitigate risk and to positively impact the employee experience in addressing employee concerns and reaching fair and equitable solutions. Areas of primary responsibility include investigations, corrective action, coaching & counseling for people leaders, leaves of absence, accommodations, with responsibility to support and have the capability to handle reductions in force, EEOC responses and policy interpretation. Core competencies include ability to write and speak concisely, compassionately, and persuasively, strong listening skills, as well as conflict resolution, negotiation and mediation skills.<br><br>Knowledge/Skills/Abilities<br><br>- Identify and mitigate risk for the organization by managing employee relations issues and ensuring adherence to policies, practices as well as Molina's mission, vision and values.<br><br>- Utilize exceptional written communication skills to prepare appropriate documentation for each matter with discoverability in mind.<br><br>- Assess risk and resolve conflict through mediation.<br><br>- Track appropriate level of detail by case to ensure ability to identify trends through reporting and address recurring risk.<br><br>- Promote positive work environment & employee experience by yielding fair and equitable solutions for employees.<br><br>- Conduct investigations into alleged misconduct and workplace incivility, applying the appropriate |

| | |
|---|---|
| | amount of time and diligence based on the nature of the case and facts presented.<br><br>- Utilize the Employee Engagement Survey results to create solutions and a better employee experience within client group(s).<br><br>- Assist management in addressing employee issues, including but not limited to, corrective action, employee coaching, leaves of absence, accommodations, HR policy adherence.<br><br>- Assist management in preparing for difficult employee conversations, including creating talking points.<br><br>- Provides an overall strategic view of the employee relations issues facing management and conducts trend analysis and creates training to get in front of issues.<br><br>- Provide efficient, consistent and prompt consultative services, thereby creating capacity for people leaders.<br><br>- Mentors and leads Employee Relations Consultants by providing expertise and guidance on employee relations issues.<br><br>- Takes the lead on complex employee relations projects or initiatives. Partners with HRBP's, Legal, Compliance and other key stakeholders as appropriate. .<br><br>Job Qualifications<br><br>Required Education<br><br>Bachelor's Degree or equivalent experience<br><br>Required Experience<br><br>5-7 years in Human Resources, counseling, social work, law, or reasonably comparable field.<br><br>Preferred Education |

| | |
|---|---|
| | Master's Degree or J.D.<br><br>To all current Molina employees: If you are interested in applying for this position, please apply through the intranet job listing.<br><br>Molina Healthcare offers a competitive benefits and compensation package. Molina Healthcare is an Equal Opportunity Employer (EOE) M/F/D/V.<br><br>Pay Range: $77,969 – $155,508 / ANNUAL<br><br>*Actual compensation may vary from posting based on geographic location, work experience, education and/or skill level. |
| | |
| Job Posting | JC272625040 |
| Employer | CDM Smith |
| Job Title | Senior Recruiter (Remote Options) |
| Location | Pocatello, Idaho |
| Job Description | DM Smith is seeking a Senior Recruiter to join our Services Recruiting Team, supporting our North America Unit. This is a remote opportunity.<br><br>This individual is responsible for developing and executing a sourcing strategy for high priority open positions and future hiring expectations as assigned. The ideal candidate will develop and maintain working relationships with hiring managers, candidates, and the community at-large to promote the firm's brand across numerous markets and professional communities. This individual will also lead people and/or teams in efforts to hire or staff requirements in the business.<br><br>The ideal candidate also:<br><br>- Leads the full lifecycle recruiting process. Sources, develops and maintains a pipeline and network of diverse key technical talent using a variety of resources and the latest tools and technology. Maintains accurate and well-ordered documentation on all candidates, searches, and other recruiting activities to ensure legal compliance with staffing practices and processes. |

| | |
|---|---|
| | - Proactively confers and partners with hiring managers to identify and prioritize staffing needs and workforce planning strategies. Documents clear understanding of job duties, responsibilities and business requirements.<br><br>- Communicates with candidates and leads for open positions and programs, reviews resume and appropriately prescreens candidates; prepares applicants for interviewing; ensures timely feedback to applicants and hiring manager throughout the process; extends offers of employment under direction of hiring managers and within the guidelines of the firm's compensation policy.<br><br>- Documents communication with hiring managers and interview teams: provides feedback on initial prescreening and interviewing of applicants; assures timely action with hiring managers to schedule interviews and obtain timely interview feedback; coordinates and communicates movement of applicants through the system including background checking. Ensures timely offers.<br><br>- Ensures and maintains accurate records using the full functionality of the Applicant Tracking System (ATS). Prepares statistical reports concerning recruitment process and provides reports to hiring managers on candidate activity and job status.<br><br>- Performs other duties as required.<br><br>\#LI-LP2<br><br>\#LI-REMOTE<br><br>Job Title:<br><br>Senior Recruiter (Remote Options)<br><br>Group:<br><br>COR |

| | |
|---|---|
| | Employment Type:<br><br>Regular<br><br>Minimum Qualifications:<br><br>- Bachelor's degree.<br><br>- 4 years of related experience.<br><br>Equivalent additional directly related experience will be considered in lieu of a degree.<br><br>Domestic and/or international travel may be required. The frequency of travel is contingent on specific duties, responsibilities, and the essential functions of the position, which may vary depending on workload and project demands.<br><br>Preferred Qualifications:<br><br>- Recruiting experience in the Architecture, Engineering or Construction (AEC) industry.<br><br>- Recruiting in an OFCCP and EEO environment.<br><br>- Advanced sourcing techniques for targeting passive candidates.<br><br>- Experience with Brassring Applicant Tracking System (ATS).<br><br>EEO Statement:<br><br>We attract the best people in the industry, supporting their efforts to learn and grow. We strive to create a challenging and progressive work environment. We provide career opportunities that span a variety of disciplines and geographic locations, with projects that our employees plan, design, build and operate as diverse as the needs of our clients. CDM Smith is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex (including pregnancy, pregnancy related conditions, childbirth and |

| | |
|---|---|
| | related medical conditions, sexual orientation, gender identity or gender expression), national origin, age, marital status, disability, veteran status, citizenship status, genetic information or any other characteristic protected by applicable law. |
| | |
| Job Posting | 2341038 |
| Employer | University of Idaho |
| Job Title | Business Specialist III |
| Location | Idaho Falls, Idaho |
| Job Description | This position is located in Idaho Falls, Idaho and works with both the UI Extension Eastern District Director, faculty and staff as well as the Idaho Falls Research and Extension Center faculty and staff. The person selected will provide fiscal management support, administrative support and personnel management support for these individuals in collaboration with a part-time administrative assistant.<br>Position Overview:<br>Responsible for providing complex technical support for daily financial operations by performing a variety of tasks following policies and procedures. In addition to processing a variety of financial transactions and maintaining records, the position compiles data and generates routine and ad hoc financial reports.<br><br>Duties may include:<br>Purchasing identified goods and services<br>Submitting invoices and receipts for payment<br>Accepting and recording payments<br>Reconciling purchasing card statements<br>Processing travel claims and reimbursements<br>Tracking transactions through completion in the centralized financial system<br>Filing and maintaining unit-level finance documents<br>Originating personnel actions and processing corrections to pay in the centralized financial system<br>Developing, compiling, and summarizing data for routine reports and ad hoc financial management reports<br>Researching and correcting discrepancies or errors |

| | |
|---|---|
| | Providing assistance to departments on questions related to invoices, receipts, financial reports and other transactions<br>Researching, analyzing, and making recommendations for management decision making<br>Serving as departmental grant administrator, assisting principal investigator with pre- and post-award financial activities. May participate in budget development and compilation and submission of proposals and project reports<br>Other duties as assigned<br><br>Required Experience:<br>Three years providing financial processing support within an electronic finance system<br>Using spreadsheet software to compile, summarize, analyze, and report on financial data<br>Interpreting and applying financial stewardship policies, procedures, rules and regulations<br><br>Required Education:<br>High School Diploma or equivalent<br><br>Required Other:<br>None<br><br>Additional Preferred:<br>Over three years related work experience<br>Knowledge of the Extension System, College of Agricultural & Life Sciences, the University of Idaho, the State of Idaho and Idaho agriculture<br>Knowledge of office and computer hardware and software including spreadsheets, graphics and word processing to include familiarity with Banner, Windows, Word and Excel<br>Knowledge of fiscal recordkeeping procedures<br>Ability to maintain a high level of organization and the ability to make decisions based on a thorough understanding of the Center goals and priorities<br>Experience preparing business correspondence; compiling information and developing reports and recommendations for management; planning, organizing and implementing special projects |

| | |
|---|---|
| | Exceptional communication skills and ability to effectively handle complaints or problems and deal with dissatisfied individuals; strong writing, editing and computer skills<br>Ability to work independently and to handle sensitive and confidential material<br><br>Physical Requirements & Working Conditions:<br>None<br><br>Degree Requirement:<br>N/A: No degree requirement<br>FLSA Status: Non-Exempt<br>Employee Category: Classified<br>Pay Range: $25.61 per hour, or more depending on education and experience.<br>Type of Appointment: _of_Appointment<br>FTE: 1.0<br>Full Time/Part Time: Full Time<br>Funding:<br>A visa sponsorship is available for the position listed in this vacancy: No<br>Posting Date: 03/03/2025<br>Closing Date:<br>Open Until Filled: Yes<br>Special Instructions to Applicants: Applications received by March 17, 2025, will receive first consideration.<br><br>IMPORTANT: To be considered, your "Letter of Qualification" must address EACH of the required qualifications, including pertinent education and/or experience. In addition, to improve your ranking during the evaluation process, address as many of the Preferred Qualifications as possible. Information on a resume will not be accepted as a substitute for submitting a Letter of Qualification. |
| | |
| Job Posting | 2314146 |
| Employer | Lynx LLC |
| Job Title | Bookkeeper |
| Location | Rigby, Idaho |
| Job Description | The position is for a full time bookkeeper who will work with our primary bookkeeper, process data, keep accounts payable, receivable, inventory of equipment, detailed records on all |

| | |
|---|---|
| | equipment, and general bookkeeping duties will evolve as you take on more responsibility from our primary bookkeeper.<br><br>We are a construction trucking company, family owned and operated since 2009, we are growing and need help with bookkeeping and other office tasks. This position could grow into a managerial and operations position as well depending on your ability to take over more responsibility. We are looking for a motivated person to come in and help with organization and workflow. Wage or Salary is negotiable. |
| | |
| Job Posting | Indeed.Com |
| Employer | Spudnik Equipment Company |
| Job Title | HR Business Partner |
| Location | Blackfoot, Idaho |
| Job Description | Job Summary<br><br>The Human Resource Business Partner will run the daily functions of a Human Resource (HR) functional area including proactively sourcing and training talent and ensuring a best-in-class employee experience. The HR Business Partner will embody a positive attitude, results oriented ownership, quick thinking, and concise communication of a thoroughly researched and detailed talent management.<br><br>Essential Duties<br><br>Proactively builds and manages an employer brand both internally and externally that ensures adequate staffing levels to meet or exceed company production goals.<br><br>Recruits, interviews, and facilitates the hiring of qualified job applicants; collaborates with department managers to understand skills and competencies required to meet company goals.<br><br>Performs routine tasks required to build, administer, and execute human resource programs mainly around performance and talent management, but also understands compensation, benefits, and leave; disciplinary |

| | |
|---|---|
| | matters; disputes and investigations; productivity, recognition, and morale; occupational health and safety; and training and development.<br><br>Manages the employee lifecycle from start to finish with aggressive goals and results around employee retention and satisfaction.<br><br>Reviews, tracks, and documents compliance with mandatory and non-mandatory training, continuing education, and work assessments. This may include leadership training, anti-harassment and other HR training, and aptitude exams and certifications.<br><br>Handles employment-related inquiries from applicants, employees, and supervisors.<br><br>Attends and participates in employee disciplinary meetings, terminations, and investigations.<br><br>Maintains compliance with federal, state, and local employment laws and regulations, and recommended best practices; drafts and reviews policies and practices to maintain compliance.<br><br>Maintains knowledge of trends, best practices, regulatory changes, and new technologies in human resources, talent management, and employment law.<br><br>Performs other duties as assigned.<br><br>Additional Duties<br><br>Practices ownership in all aspects of the HR Business Partner role.<br>Promote the companys core values; walk our talk, do the right thing, challenge tradition, work safe, and listen.<br>Work in a team environment with little or no supervision and fill in during team member absences;<br>Excellent verbal and written communication skills. |

| | |
|---|---|
| | Excellent time management skills with a proven ability to meet deadlines and prioritize tasks.<br>Strong analytical and problem-solving skills with attention to detail.<br>Ability to act with integrity, professionalism, and confidentiality.<br>Proficient with Microsoft Office Suite or related software.<br>Proficiency with or the ability to quickly learn the organizations HRIS and talent management systems.<br>Qualifications<br><br>At least three years of HR experience required, bachelors degree in human resources, or related field preferred.<br>SHRM-CP or PHR required within 18 months of hire.<br>Internal and external employer brand building experience preferred.<br>Knowledge of HR systems and databases; implementation of HR software a plus (Paycom experience preferred).<br>Excellent troubleshooting, diagnostic, critical thinking, and analytical skills.<br>Must have excellent interpersonal skills and thus be able to communicate effectively with leadership, employees, vendors, and customers.<br>Typical Physical Requirements<br><br>Prolonged periods of sitting at a desk and working on a computer.<br>Must be able to lift 15 pounds at times.<br>Must be able to access and navigate each department at the organizations facilities. |
| | |
| Job Posting | Indeed.com |
| Employer | Gehring Agri-Business |
| Job Title | Human Resource Assistant and Operational Specialist |
| Location | American Falls, Idaho |
| Job Description | ob Summary<br>We are seeking a dedicated individual to join our team as a Human Resources Assistant and Operational Specialist. This unique role is divided into two primary responsibilities: Human Resources Assistant and Operational Specialist. |

| | |
|---|---|
| | The ideal candidate will be detail-oriented, organized, and capable of managing multiple tasks simultaneously.<br><br>As a Human Resources Assistant, you will assist with the hiring process, manage payroll, administer the H2A guest worker program, coordinate employee training, track time and attendance, handle worker's compensation compliance, and provide personal protective equipment to employees.<br><br>As an Operational Specialist, you will track commodities, manage vehicle insurance and registrations, maintain an equipment database, oversee fuel systems, address employee housing issues, track commodity production and water usage, price parts, assist with farm management systems, and help with various farm audits.<br><br>We are looking for someone with strong organizational and multitasking skills, excellent communication and interpersonal abilities, proficiency in Microsoft Office Suite, and previous experience in human resources and/or operational roles. Bilingual in English and Spanish is preferred. Interested candidates should submit a resume and cover letter to jared@gehringag.com. Join our team at Gehring Agri-Business and contribute to the success of our family-owned and operated agricultural business.<br><br>Job Type: Full-time<br><br>Pay: $18.07 - $20.00 per hour<br><br>Benefits:<br><br>Paid time off<br>Schedule:<br><br>8 hour shift<br>Monday to Friday<br>Ability to Commute:<br><br>American Falls, Idaho 83211 (Required) |

| | |
|---|---|
| | Ability to Relocate:<br><br>American Falls, Idaho 83211: Relocate before starting work (Required)<br>Work Location: In person |
| | |
| Job Posting | Indeed.com |
| Employer | Stukent |
| Job Title | Director of Human Resources |
| Location | Idaho Falls, Idaho |
| Job Description | The Director of HR is responsible for overseeing all human resources functions within the company, including talent acquisition, employee relations, performance management, compensation and benefits, organizational development, and compliance with HR laws and regulations. They work closely with leadership to align HR strategies with the company's goals and ensure a positive, productive workplace culture. The Director of HR will report directly to the Chief Financial Officer (CFO) and collaborate with the executive team to optimize workforce efficiency and support business growth.<br><br>This position is required to be on-site in Idaho Falls, Idaho.<br><br>Supervisory Responsibilities<br><br>Responsible for the HR team structure, reports, mentorship, and development<br>Oversee the daily workflow of the HR team<br>Provide constructive and timely performance evaluations<br>Handle discipline and termination of HR employees in accordance with company policy<br>Essential Duties and Responsibilities<br><br>Collaborate with leadership to understand and execute the organization's goals and strategy related to current and future talent needs, recruiting, retention, and succession planning<br>Oversee the talent acquisition process and mentor HR team members and hiring managers to ensure process and legal compliance, including |

| | |
|---|---|
| | identifying hiring needs, managing independent contractor agreements, and ensuring all new hire paperwork is completed and safely stored<br>Review and manage all approved employment sponsorship requests, including regular communication with the immigration attorney to complete and file paperwork, pay invoices, post required notices, file and store required documentation, and inform the employee and manager of the timeline and their roles in the process<br>Maintain compliance with and enforce federal, state, and local employment laws and regulations and recommend best practices based on current and future needs, including management of the employee handbook to ensure all policies and processes accurately reflect legal requirements and the organization's strategic objectives and initiatives<br>Identify and address professional development needs across the organization, developing strategies and training programs to support employees and managers<br>Oversee the performance evaluation and employee satisfaction survey process and ensure timely and constructive feedback is communicated to leadership to drive change and improvements across the organization<br>Manage all aspects of all employee benefits, including benefit proposals and recommendations based on employee feedback, annual renewals, plan, policy, and enrollment management within the HRIS, working with the Director of Finance to self-pay and remit invoices after reviewing for discrepancies, being the primary contact for the insurance broker team, retirement advisor, and carriers, and ensuring all legally required filing, notices, and reporting is taken care of<br>Oversee employee communication around benefits, culture and engagement initiatives, performance management, and other HR areas<br>Provide support and guidance to the HR team, leadership, and other employees when complex, specialized, and sensitive questions and issues arise; may be required to administer and execute routine tasks in delicate circumstances, including |

| | |
|---|---|
| | providing reasonable accommodations, investigating allegations of wrongdoing, and terminations<br>Build upon positive company culture reinforced by strategic initiatives and engagement opportunities to connect both in-office and remote employees, including overseeing the planning and execution of employee-focused events, including the annual family-friendly summer party, Christmas party, semi-annual service activities, and other in-office events<br>Maintain knowledge of trends, best practices, regulatory changes, and new technologies in HR; apply this knowledge to communicate changes in policy, practices, and resources to leadership<br>Manage all HR-related business platforms, including the HRIS, benefits management portal, insurance carrier portals, retirement account, talent management tools, and more<br>Manage and implement departmental budget<br><br>Knowledge, Skills, and Abilities Required<br><br>7+ years of Human Resources experience as both an individual contributor and leader<br>Proven experience across multiple HR functions<br>Ability and willingness to adapt to the needs of a fast-paced organization and employees<br>Self-directed, disciplined, and organized contributor, leader, and communicator<br>Thorough understanding of federal, state, and local employment laws and regulations; understanding of international labor law preferred<br>Working knowledge of at least one cloud-based HRIS (such as ADP, WorkDay, etc.); experience with BambooHR preferred<br>Working knowledge of current communication tools and platforms (Collaboration tools, Confluence, Slack, etc.)<br><br>Stukent is proud to be an equal-opportunity employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, |

| | |
|---|---|
| | gender identity, age, national origin, protected veteran status, or disability status. |
| | |
| Job Posting | Indeed.com |
| Employer | CAL Ranch Stores |
| Job Title | Human Resources Generalist |
| Location | Idaho Falls, Idaho |
| Job Description | **Full job description**<br>**Who We Are**<br>Country Supplier is the home of C-A-L Ranch and Coastal Farm & Home, both brands are leaders in the farm and ranch store industry. And we will let you in on a secret that any of our customers will tell you—while we have all the feed and seed you'd ever need—there is SO MUCH MORE to be discovered and shared! Our team is full of craftsman, marksmen, outdoor grill masters, backyard farmers, and people who just love to hunt and fish. We are campers, hikers, dreamers, doers, and makers. We like to turn up the flavor and get in the game. We feed our chickens, love our pets, DIY, and dress to the nines for concerts, rodeos, and Sunday.<br>If you live and love the west, we are the place for you.<br>**What We Need**<br>We need a super-talented Human Resource Generalist for the following job responsibilities.<br>• Emphasis on benefits administration.<br>• Managing the administration of Workers Compensation, unemployment, and other employee related insurance claims.<br>• Performing routine tasks within human resource programs including but not limited to compensation, benefits, and leave; disciplinary matters; disputes and investigations; performance and talent management; productivity, recognition, and morale; occupational health and safety; and training and development.<br>• Maintaining compliance with federal, state, and local employment and payroll laws and regulations, and recommended best practices; reviews policies and practices to maintain compliance.<br>• Embrace the values of Country Supplier: |

| | |
|---|---|
| | SMART THINKING: We are highly skilled professionals. We create and design with a WHY—backed by data—to produce results. We break the rules for the right reasons. We pay attention to everything. We have the talent, experience, and track record to prove we are experts.<br>FRESH IDEAS: We exceed expectations and strive to surpass goals. We are built with cleverness, grit, and hustle. We love it when our ideas translate into tangible action. We are passionate about what we do.<br>GENUINE GOODNESS: We make a positive impact with a positive attitude. We do what we love and love what we do! We look forward to making a significant difference day in and day out.<br>COLLABORATE AND CELEBRATE: We're all in this together. Check egos at the door and understand that when great minds come together, we will produce outstanding results. Those results are celebrated with endless snacky-treats, soda pop, and baked goods. And music.<br>**Who You Are**<br>• Bachelor's degree or equivalent experience in Human Resources, Business Administration, or related field.<br>• Excellent organizational skills and acute attention to detail.<br>• Excellent verbal and written communication skills.<br>• Excellent time management skills with a proven ability in following up.<br>• Positive, and enthusiastic team player.<br>These requirements are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. Please note this job description is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities that are required of the employee for this job. Duties, responsibilities and activities may change at any time with or without notice. |
| | |

**CONCLUSIONS**

Ms. Tornabene worked as the **Human Resource Director** for the City of Blackfoot from June 2015 to August 2021.

In March 2020, Ms. Tornabene, along with other City of Blackfoot staff began working remotely due to the COVID-19 pandemic regulations. She, along with other staff continued to work remotely until September 2020 when she was diagnosed with COVID-19.

In December 2020, Ms. Tornabene developed long-haul COVID-19 with lung and breathing problems, chronic fatigue, and vertigo. On the advice of FNP Grimmett, Ms. Tornabene requested that the City of Blackfoot allow her to continue working from home.

Initially, the City of Blackfoot accommodated this request, however, in April 2021, Mayor Carroll met with Ms. Tornabene and advised her that an essential function of her HR Director position was having regular in-person office hours. When Ms. Tornabene informed the City that she could not return to regular, in-person office hours, even on a part-time basis, the City of Blackfoot terminated her employment effective September 09, 2021.

A background in Human Resources offers numerous employment opportunities in the private, public, and government sectors of the workforce.

According to Ms. Tornabene's Job Search Tracking records she applied for a total of 14 positions from January 11, 2023 to April 11, 2023. Unfortunately, I do not have records that show any job search activities since April 11, 2023.

In my opinion, Ms. Tornabene's job search reflected in her Job Search Tracking records from January 11, 2023 to April 11, 2023 reflects marginal effort in seeking new employment.

Current unemployment rates reflect a stable labor market with numerous current job openings within a 50-mile radius of Blackfoot, Idaho. A quick review of current job openings has identified numerous positions (including some remote postions) that Ms. Tornabene is qualified to pursue based upon her vocational profile.

Wage-earning capacity is defined as the capacity of a worker to sell his/ her labor or service in any reasonably accessible market. The term refers to that which by virtue of his vocational profile (training, experience, etc.) the individual is capable of earning and may not be reflected in actual earnings. Based upon her vocational profile, Ms. Tornabene's highest wage-earning capacity involves employment as a Human Resource Manager.

Statistics from the Idaho Department of Labor and current job openings reflect significant employment numbers and wages for jobs that Ms. Tornabene is qualified to pursue based upon her vocational profile.

The wages paid to Human Resource Managers in the Southeast-Central Idaho labor market include the following wages:

| Occupation | Entry Wage | Median Wage | Mean (Average) Wage | Middle (25% & 75%) |
|---|---|---|---|---|
| Human Resource Managers | $35.63 | $49.97 | $55.19 | $39.48 - $65.46 |

The average median wage for Human Resource Managers in the Southeast-Central Idaho labor market area is $49.97 per hour. This equates to an annual equivalent of $103,937.60 per year. In my opinion, this most accurately reflects Ms. Tornabene's wage-earning capacity based upon her vocational profile.

In my professional opinion, based upon current employment statistics and job openings, if Ms. Tornabene were to actively seek new employment she could secure new employment that would meet or exceed her earnings with the City of Blackfoot.

Thank you for the opportunity of evaluating Ms. Tornabene. These opinions are based on what is more probable than not in the rehabilitation profession, using the most objective criteria available.

This vocational evaluation is presented with a reasonable degree of certainty and represents conclusions based upon the information provided at the time this report was authored.

Should additional information be forthcoming, I would be happy to review it and provide a supplemental report.

Sincerely,

Delyn D Porter, MA, CRC, CIWCS

# Curriculum Vitae for
# Mr. Delyn D Porter, M.A., CRC, CIWCS

**Bilingual Vocational Rehabilitation Counselor**
**Certified Rehabilitation Counselor (CRC)**
**Certified Idaho Workers Compensation Specialist (CIWCS)**
**Vocational Specialist**

**320 North 1100 West**
**Blackfoot, ID 83221**
**Phone: 208-380-3946**
**Fax: 208-684-3908**
**Delyn@portervocationalservices.com**

**Certifications**

Commission on Rehabilitation Counselor Certification- CRCC

- **Certified Rehabilitation Counselor (CRC) # 00105855**

Idaho Industrial Commission Certification Course

- **Certified Idaho Workers Compensation Specialist- Advanced Level (CIWCS)**

**Skills**

**Bilingual Skills**

- English / Spanish

**Education**

Western Washington University — Bellingham, WA

- **Master of Arts, Rehabilitation Counseling**

  *Relevant Course Work Completed*
  - Introduction to Educational Research and Evaluation
  - Practice of Rehabilitation Counseling
  - Theory of Rehabilitation Counseling
  - Medical Aspects of Disability
  - Introduction to Vocational Rehabilitation
  - Social, and Psychological Attitudes of Disability
  - Current Issues in Rehabilitation Counseling
  - Occupational Information and Career Development
  - Group Counseling Techniques in Rehabilitation
  - Utilization of Tests and Evaluation Tools
  - Case Management in Rehabilitation
  - Employment Strategies and Job Placement
  - Practicum in Rehabilitation Counseling
  - Cognitive Disabilities in Rehabilitation
  - Internship in Rehabilitation Counseling
  - Introduction to Psychiatric Rehabilitation
  - The Family and Rehabilitation Counseling

Idaho State University Pocatello, ID

- **Bachelor of Arts, Sociology**

**Experience**

January 2011 to Present Porter Vocational Services

**Private Vocational Rehabilitation Counselor / Consultant**

I offer private vocational rehabilitation services including vocational evaluations, disability assessments, labor market survey reports, transferable skills analysis, job site evaluations, ergonomic assessments, career exploration, job development, training proposal development, medical recovery case management, and expert witness testimony.

2006- 2010 Idaho Industrial Commission

**Rehabilitation Consultant / Regional Manager-**

Responsible for interviewing, counseling, and initiating appropriate return-to-work plans for injured workers. Duties included conducting detailed interviews with injured workers. Monitored medical recovery of injured workers. Responsible for completing detailed job site evaluations with the injured worker and employer that consist of measuring and describing the environmental factors and physical requirements of various occupations. Also responsible for assessing the barriers to employment imposed by the injury or occupational disease; evaluating social, academic, and industrial factors, and arranging assessment, job placement, or training proposals that may be required to expedite a return to work. Conducted transferable skills analysis and completed labor market survey reports to address the injured workers opportunities and barriers to returning to work. As the regional manager I supervised a staff of 16 people, provided staff training, monitored work load assignments, and completed annual performance evaluations.

1991-2006 Idaho Division of Vocational Rehabilitation

**Vocational Rehabilitation Counselor-**

Provide vocational rehabilitation services to eligible clients. Services included conducting in-take interviews, completing evaluations, conducting medical record reviews, eligibility determinations, vocational counseling and guidance, career exploration, training proposal development, monitoring involvement in training programs to insure success, and job development / job placement services. Average case load was 180 open cases.

**Completed Continuing Education Coursework:**

| | | |
|---|---|---|
| May 2012 | Counseling Ethics Course | (22 contact hours) |
| May 2012 | More Effective Interviewing Course | (26 contact hours) |
| November 2012 | Rehabilitation Consultant Course | (26 contact hours) |
| March 2014 | Rehabilitation Update Course | (42 contact hours) |
| March 2016 | Understanding Disability | (60 contact hours) |
| November 2016 | A Look at Multicultural Counseling Competency: Pregnancy Discrimination and Retaliation | (1 contact hour) |
| November 2016 | A Look at Ethics- Exploring the 2017 Code | (1 contact hour) |
| April 2017 | Ethics: Wellness and Self-Care | (5 contact hours) |
| August 2017 | Vocational Evaluation: What Do You Want to Know? | (3 contact hours) |
| September 2017 | Skilled Empathy | (24 contact hours) |
| June 2022 | The Job Description Handbook | (24 contact hours) |
| June 2022 | Ethics of Health Care Providers II | (12 contact hours) |
| June 2022 | Your Rights in the Workplace | (38 contact hours) |
| August 2022 | Clinicians in Court | (22 credit hours) |

# Porter Vocational Services

## Mr. Delyn D Porter, M.A., CRC, CIWCS

List of Cases – Deposition or Live Testimony- Porter Vocational Services **December 2010 – Present**

| Case | Representing | Type of Testimony |
|---|---|---|
| Fisher v. Boise Peterbilt | Todd Fisher | Deposition |
| Berry v. Carter's Manufacturing | Timothy Berry | Deposition |
| Woody v. Seneca Foods | Marcela Woody | Deposition |
| Brooks v. Gooding Co. EMS | Cindy Brooks | Live Testimony |
| Shaffmaster v. Lincare | David Shaffmaster | Deposition |
| Anderson v. Sprague Pest Control | David Anderson | Deposition |
| Goodwin v. Virginia Transformers | Shawn Goodwin | Deposition |
| Pena v. Triple Ace | Michelle Pena | Deposition |
| Robinson v. Rocky Mountain Insulation | Cody Robinson | Deposition |
| Campbell v. Campbell | Rodney Campbell | Deposition & Live Testimony |
| Janeal Hansen- Mortensen | Janeal- Hansen Mortensen | Deposition |
| Avalos v. Whitehead Farms and SIF | Jorge Avalos | Deposition |
| Styhl v. Idaho State University and SIF | SIF | Deposition |
| Cheyney v. USA | Roberty Cheyney | Deposition |
| Brownlee v. Glanbia | Lori Brownlee | Deposition |
| Hackworth v. Super 8 Motels | Christy Hackworth | Deposition |
| Erickson v. State of Idaho | Randy Erickson | Deposition |
| Williams v. Madison County | Randy Williams | Live Testimony |
| Ritchie v. Assisted Living Concepts | Teresa Ritchie | Deposition |



**320 North 1100 West**
**Blackfoot, ID 83221**
**Phone: 208-380-3946**
**Delyn@portervocationalservices.com**

| | | |
|---|---|---|
| Aicher v. Industrial Special Indemnity Fund | Donald Aicher | Deposition |
| Linda Rothman v. Your Valet Fine Dry Cleaning | Linda Rothman | Deposition |
| Cheri Rowe v. Advanced Marketing Sales | Cheri Rowe | Deposition |
| Aguilar v. Lowry Excavation / Concrete | Arturo Aguilar | Deposition |
| Janet Peyton v. RC Willey | Janet Peyton | Deposition |
| Barbara Haigh v. Spring Creek Assisted Living | Barbara Haigh | Deposition |
| Maria Becerra v. Chobani | Maria Becerra | Deposition |
| Rick Lindstrom v. Bingham County | Rick Lindstrom | Deposition |
| James Rundle v. State of Wyoming Department of Workforce Services, Workers' Compensation Division | James Rundle | Deposition |
| Richard Holt v. Van Beek Nutrition | Richard Holt | Deposition |
| Slayton v. Sharp & HK Contractors | Ross Slayton | Deposition |
| Anthony Cornwall v. South Idaho Properties and ISIF | State Insurance Fund | Deposition |
| Hennefer v. Agri-Service | Brandon Hennefer | Deposition |
| Guadalupe Lopez v. AAA Home Care | State Insurance Fund | Deposition |
| Elmer Helsley v. Smith Food and Drug | Elmer Helsley | Deposition |
| Terrisa Erickson v. State Insurance Fund | Terrisa Erickson | Deposition |
| Kent Clement v. Preston School District 201 | Kent Clement | Deposition |
| Larry Wetzstein v. Amalgamated Sugar and ISIF | Larry Wetzstein | Deposition |
| Kathie Payne v. Randy Scott Payne | Kathie Payne | Remote Testimony (Zoom) |
| Linda Mayer v. Sterling Jewelers and XL Specialty Insurance Co. | Linda Mayer | Deposition |
| Jeffrey Williams v. Norco and ISIF | Jeffrey Williams | Deposition |
| Harold Howman v. Werner Enterprises | Harold Howman | Deposition |
| Amy Slane v. Kimberly Melgaard and Jeffrey Melgaard | Amy Slane | Deposition |

| | | |
|---|---|---|
| Glenn Goodwin v. Allied Universal | Glenn Goodwin | Deposition |
| McCullough v. Glanbia Foods | Joseph McCullough | Deposition |
| Patrick Smith v. Jackson Group Peterbilt, Inc. and Zurich American Insurance Company and Idaho Special Indemnity Fund | Patrick Smith | Deposition |
| Archibald v. Archibald | Kelli Archibald | Divorce Testimony |
| Dave Coler v. Home Depot | Dave Coler | Deposition |
| Frank Miller v. Yellowstone Plastics | Frank Miller | Deposition |
| Gneiting v. Gneiting | Bethany Gneiting | Divorce Testimony |
| Brown v. Lowe's | Jeff Brown | Deposition |
| Douglas Westman v. ISIF | Douglas Westman | Deposition |
| Joseph Stalford v. TruGreen | Joseph Stalford | Deposition |
| Neftali Ortez Mejia v. CS Beef Packers | Neftali Ortez Mejia | Deposition |
| Alison Seekell v. Encompass Health | Alison Seekell | Deposition |
| Angela Manwell v. Costco | Angela Manwell | Deposition |
| James Wells v. Darigold | James Wells | Deposition |
| Joshua D. Kiel v. Stacy McClain Kiel | Joshua D. Kiel | Divorce Testimony |
| Lori Keele v. Citibank et.al | Lori Keele | Deposition |

**Updated 03/05/2025**

# Porter Vocational Services

**Mr. Delyn D Porter, M.A., CRC, CIWCS**


(Updated 03/15/2025)

## PORTER VOCATIONAL SERVICES FEE SCHEDULE –

**Effective January 01, 2025**

- **STANDARD LABOR MARKET ANALYSIS-** **$1,500.00**
  (Labor Market Analysis without Disability Calculation, Divorce Earning Capacity Analysis, Training Proposal Development, Including Written Report)

- **BASIC DISABILITY ANALYSIS-** **$1,800.00**
  (1-2 Medical Opinions with Assigned Permanent Impairments / Permanent Work Restrictions, Up to 300 pages Medical Record Review, Written Vocational Report with Disability Calculations, Etc.)

- **MODERATE DISABILITY ANALYSIS-** **$2,000.00**
  (3 Medical Opinions with Assigned Permanent Impairments / Permanent Work Restrictions, 301 – 500 pages Medical Record Review, Written Vocational Report with Disability Calculations, Etc.)

- **COMPLEX DISABILITY ANALYSIS-** **$2,300.00**
  (4 or more Medical Opinions with Assigned Permanent Impairments / Permanent Work Restrictions, 501 – 750 pages Medical Record Review, Written Vocational Report, Etc.)

**Additional Fees:**

- **Expedited reports:** The normal turnaround from the time of the actual interview/evaluation is 4-6 weeks. Preparation of expedited reports is subject to a fee of $500.00.
- **Medical Record Review:** Additional medical reviews over 750 pages to be billed at $175.00 per hour.
- **Travel:** First 150 miles of travel from Blackfoot, Idaho will be included in the standard cost of the completed assessments / depositions. Travel over 150 miles will be billed at $100 per hour for additional travel time.
- **Addendum Vocational Reports and/ or Report Edits:** **$175.00 per hour**
- **File Review / Preparation for Deposition / Testimony:** **$175.00 per hour**
- **Expert Witness Waiting Time / Testimony:** **$225.00 per hour**
  **(one hour minimum)**

**Prepayment for Depositions ordered by "Opposing Counsel" (to be received at least 72 hours prior to testimony) of 2.5 hours Expert Witness Testimony Time ($562.50) required when "opposing counsel" schedules deposition. Prepayment for travel, lodging, meals, etc. is required (to be received at least 72 hours prior to testimony) for depositions scheduled more than 150 miles from Blackfoot, Idaho. Estimate of travel and related expenses will be provided to counsel. Any unused balances will be refunded post-testimony.**


**Bilingual Vocational Rehabilitation Counselor**
**Certified Rehabilitation Counselor (CRC)**
**Certified Idaho Workers Compensation Specialist (CIWCS)**
**Vocational Specialist**

**320 North 1100 West**
**Blackfoot, ID 83221**
**Phone: 208-380-3946**
**Delyn@portervocationalservices.com**

Exhibit B

## Expert Witness Report in the Matter of:

**Lisa Tornabene**
**vs.**
**City of Blackfoot, et al.,**

Case No. 4:22-cv-00180-AKB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

## Preliminary Opinions of:

Keith A. Pinkerton, MBA, CFA, ASA
Coles Reinstein PLLC
960 Broadway, Suite 415
Boise, ID 83706

## Prepared for:

Hall Angell & Associates, LLP
1075 S. Utah Street, Suite 150
Idaho Falls, ID 83402

April 11, 2025

VALUE ANALYTICS

## Introduction

The author of this report is Keith A. Pinkerton. I am a partner in Value Analytics, LLC, a consulting firm having its principal place of business in Boise, Idaho. My educational background includes a Bachelor of Arts degree in *Economics* from the University of South Florida and a *Master of Business Administration* degree from Baylor University. In addition, I hold the *Chartered Financial Analyst* and *Accredited Senior Appraiser* designations offered by the CFA Institute and the American Society of Appraisers, respectively.

In the professional arena, I routinely provide expert opinions regarding financial and economic concepts in the context of litigation support. This experience includes extensive work on wrongful termination cases representing both plaintiffs and defendants. A comprehensive CV that includes all required disclosures (prior testimony, publications, and professional billing rates) is attached to this report.

I was engaged by *Hall Angell & Associates, LLP* to evaluate the alleged economic losses asserted by the plaintiff through her retained expert Dr. Tyler Bowles. This report memorializes my findings to date in that regard. In performing this assignment, I have not undertaken any work to analyze or express opinions regarding liability, nor do I intend to do so in the future.

Should this matter proceed to trial, I expect that the work described in this report will form at least a partial basis for my anticipated testimony. A series of Schedules is attached which may be useful in illustrating my opinions. Our work is ongoing, and I reserve the right to amend, revise, or supplement this report if, as, and when it is deemed necessary, appropriate, or convenient.

Respectfully submitted,

Keith A. Pinkerton, MBA, CFA, ASA

## Rebuttal Opinion 1

**Dr. Bowles calculates damages through October 31, 2025. This damage period does not align with known facts revealed during the discovery process.**

This opinion is based on the following:

1. According to a letter dated August 2, 2021 from the Blackfoot Medical Center, a health services provider ostensibly provided the medical rationale underlying Ms. Tornabene's decision to work primarily from her home. That letter states the provider will reevaluate the patient "in eight weeks" to see if any changes to her accommodations are warranted.

2. Eight weeks from the date of the letter is approximately September 27, 2021.

3. It is my understanding that no reevaluation was ever performed after the letter was issued.

4. Assuming the letter is deemed to provide appropriate justification for accommodation, the lack of reevaluation makes it impossible to determine over what time period a continued accommodation would have been medically required.

5. The report of Mr. Delyn Porter, NA, CRC, CIWCS indicates numerous job openings in the relevant geographic marketplace for which Ms. Tornabene was qualified.

6. Mr. Porter also opined that Ms. Tornabene's job search reflected "marginal effort in seeking new employment."

7. With no medical justification for any employer' accommodations apparently operative, it is not clear why Ms. Tornabene could not effectively mitigate damages in a timely fashion.

8. It is also my understanding that testimony will show that in March 2024, Ms. Tornabene elected to move—at least temporarily—to Florida to provide care for an elderly family member. It is not clear how this move could possibly be deemed compatible with her duty to mitigate damages through October 31, 2025.

## Rebuttal Opinion 2

**Dr. Bowles materially overstates certain elements of damages.**

This opinion is based on:

1. Dr. Bowles conflates the cost to an employer of certain fringe benefits with the value (if any) to the employee. He does this by including an estimated $15,949 annual cost of employer-provided health insurance (in 2021 dollars) as a source of damage.

2. I understand testimony will show that after her termination, Ms. Tornabene obtained replacement health insurance coverage through her husband's employment at an incremental cost of $275 per month (or $3,300 per year).

3. The value of having health insurance stems from an ability to save money on some expenses and, more importantly, to be protected against a potentially catastrophic loss. Accordingly, its value is completely unrelated to any particular employers' cost of obtaining the coverage.

4. Unless it can be shown that the replacement coverage was inferior to her previous coverage in some fashion that directly increased her realized out-of-pocket costs, the cost of the replacement coverage represents the maximum amount of damage from this source that can reasonably be claimed.

## Rebuttal Opinion 3

**Dr. Bowles omits relevant earnings from Ms. Tornabene's income, thereby overstating damages.**

This opinion is based on:

1. According to the complaint, Ms. Tornabene was terminated on September 9, 2021.
2. Dr. Bowles calculates damages for all of 2021 then subtracts Ms. Tornabene's actual earnings for the year.
3. He obtains her actual earnings from her final pay stub of 2021.
4. However, Ms. Tornabene was on short-term disability from April 27, 2021 through July 27, 2021 (prior to her termination). Those benefits (earnings) were not reported on Ms. Tornabene's final pay stub of 2021.
5. Dr. Bowles failure to include paid disability benefits overstates the actual damages by just over $8,900.

## Rebuttal Opinion 4

**The opinions of Mr. Delyn Porter indicate that no damages after March 2022 should have been considered.**

This opinion is based on:

1. As noted previously, the report of Mr. Delyn Porter, NA, CRC, CIWCS indicates numerous job openings in the relevant geographic marketplace for which Ms. Tornabene was qualified.

2. In a telephone call with Mr. Porter, he indicates that on a more probable than not basis, Ms. Tornabene should have been able to fully mitigate future losses by no later than six months following termination.

3. Ms. Tornabene was terminated on September 9, 2021. Allowing a maximum of six months to locate replacement employment means she should have returned to work no later than March 8, 2022.

## Bibliography

During the course of this engagement, I have reviewed and/or relied upon information obtained from the following sources:

1. Copies of pay stubs for the Plaintiff for the years 2018 – 2021, inclusive;

2. Copies of the following electronically-received documents (by file name as received):
    - Benefit Register paid by the City 2018-2021 Tornabene.pdf
    - Exhibit 9 Carroll 8.3.23.pdf
    - Complaint.pdf
    - P Damage Expert Disclosure.pdf
    - PL First Supplemental Initial Disclosures.pdf
    - Position Description.pdf
    - Tornabene Resume.pdf

3. Information obtained in telephone conferences with Ms. Suzanne McNeel and Mr. Greg Austin;

4. Report of Mr. Delyn Porter of Porter Vocational Services;

5. Information obtained in telephone conferences with Mr. Delyn Porter of Porter Vocational Services;

6. *Principles of Economics*, Ruffin & Gregory, 2nd Edition, ISBN 0-673-18225-8;

7. *Modern Labor Economics*, Ehrenberg & Smith, 5th Edition, ISBN 0-673-46787-2;

8. *Life and Worklife Expectancies*, Richards & Donaldson, 2nd Edition, ISBN-10 1-9333264-74-8;

9. *The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors;* Skoog, Gary R., Cieka, James E., and Krueger, Kurt V., Journal of Forensic Economics, 2019;

10. *The Markov Model of Years to Final Separation from the Labor Force 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors;* Skoog, Gary R., Cieka, James E., and Krueger, Kurt V., Journal of Forensic Economics, 2019;

11. *Determining Economic Damages*, Stephenson, Stanley P. & Macpherson, David A.; James Publishing Company;

12. Various editions of *United States Life Tables*, published by the US Department of Health and Human Services;

13. Various editions of *Employer Costs for Employee Compensation*, US Department of Labor, Bureau of Labor Statistics; and

14. *Various editions of the Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds,* US Government Printing Office.

15. Various components and subcomponents of the *Consumer Price Index* maintained by the US Bureau of Labor Statistics.

16. A variety of articles and/or commentaries regarding future projected price levels.

17. *The 2024 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds*; and

18. Other information deemed relevant to this analysis.

# Keith A. Pinkerton, MBA, CFA, ASA



## Education

Bachelor of Arts, Economics, University of South Florida, 1991
MBA, Baylor University, 1996

## Professional Designations

Chartered Financial Analyst (CFA)—The CFA Institute, 2001, Charter Number 45208

Accredited Senior Appraiser (ASA), Business Valuation Discipline—American Society of Appraisers, 2003

## Memberships & Associations

The CFA Institute

The American Society of Appraisers

American Academy of Economic and Financial Experts

National Association of Forensic Economics

## University-Level Courses Taught

- **BUSG 527**, *Managerial Finance*, George Fox University, 2009
- **BUSG 527**, *Managerial Finance*, George Fox University, 2009
- **FINAN 303**, *Principles of Finance*, Boise State University, 2014
- **FINAN 303**, *Principles of Finance*, Boise State University, 2015
- **FINAN 303**, *Principles of Finance*, Boise State University, 2016
- **MBA 543**, *Managing Corporate Finance*, Boise State University, 2017
- **FINAN 303**, *Corporate Finance*, Boise State University, 2017

## Professional Experience

**2024 - Present**
**Partner, Value Analytics**
Provide business valuation and litigation support services, including all phases of client contact from pre-engagement discussions through project completion. Direct research, prepare analyses, and provide expert witness testimony as required.

**2012 - 2024**
**Partner, Coles Reinstein, PLLC**
Provide business valuation and litigation support services, including all phases of client contact from pre-engagement discussions through project completion. Responsible for development and nurturing of long-term relationships with existing and potential referral sources. Direct research, prepare analyses, and provide expert witness testimony as required.

**2014 - 2018**
**Adjunct Faculty, Boise State University**
Responsible for curriculum and lesson plan development and classroom instruction. Courses taught focused on financial statement analysis, financial forecasting, managing growth, leverage, capital market theory, budgeting, risk analysis, and valuation theory. Texts used *Essentials of Corporate Finance*, Ross Westerfield, and Jordan, 8th Edition; *Principles of Corporate Finance*, Brealey, Myers, and Allen, 12th Edition; and *Foundations of Finance*, Keown, Martin, and Petty, 9th Edition.

**2005 - 2012**
**Director of Valuation Services, Hooper Cornell, PLLC**
Oversee business valuation and litigation support services, including all phases of client contact from pre-engagement discussions through project completion. Responsible for development and nurturing of long-term relationships with existing and potential referral sources. Direct research, prepare analyses, and provide expert witness testimony as required.

**2010**
**Adjunct Professor of Finance, George Fox University**
Responsible for curriculum and lesson plan development and classroom instruction for the Managerial Finance course (using the Ross Westerfield and Jordan text). The course focused on financial statement analysis, forecasting, managing growth, leverage, capital market theory, budgeting, risk analysis, and valuation theory and culminated in the creation of a comprehensive valuation report analyzing a publicly-traded company.

**2003 - 2004**
**Manager, Pershing Yoakley & Associates**
Responsible for the appraisal of closely-held firms. Direct research, prepare analyses, and provide expert witness testimony in support of litigation.

**2000 - 2003**
**Valuation Manager, Whitley Penn LLP**
Responsible for the appraisal of closely-held firms for purposes such as estate planning, gift taxes, and marital dissolution. Directed research, prepared analyses, and provided expert witness testimony.

**1996 - 2000**
**Manager, the Perryman Group,**
Directed research and performed financial and economic analyses for clients. Prepared responsive and rebuttal expert reports and exhibits in support of litigation. Authored economic forecasts for sale to clients on both subscription and ad-hoc bases using the firm's proprietary econometric models.

**1991 - 1995**
**Economist, United States Department of Agriculture**
Performed various analyses relating to overseas economic development proposals. Provided recommendations to senior staff that formed the basis for Departmental actions on programs. Approved terms of contracts to provide agricultural commodities to foreign governmental entities and Private Voluntary Organizations. Provided operational oversight for commodity and freight procurement activities. Traveled as required to resolve non-tariff trade barrier and related issues.

## Articles, Presentations and Professional Activities

- Co-Author, *Marketability & Lack of Control Discounts*, Paper presented to the American Academy of Matrimonial Lawyers, March 2002
- Certification of Completion, Advanced Multidisciplinary Healthcare Valuation Education Program, *American Society of Appraisers*
- Panelist, *Helping a Business Survive a Down Cycle*, Panel discussion for the Fort Worth Chapter of the Texas Society of CPAs, February 2003
- Speaker, *Business Valuation Update: Hot Issues*, Presented to the Institute of Management Accountants, East Tennessee State University, September 2003
- Speaker, *Business Valuation Update: Hot Issues*, Presentation to the Institute of Management Accountants, Knoxville Chapter, September 2003
- Speaker, *Litigation Support & Professional Practice Valuation*, Presentation to the Institute of Management Accountants, Knoxville Chapter, December 2003
- Speaker, *SFAS No. 141 & 142, Business Combinations and Intangible Assets*, Presentation to the Fort Worth Chapter of the Texas Society of CPAs, November, 2002
- Grader, *2002-2004 and 2011-2018 Chartered Financial Analyst Examinations*, the CFA Institute, Charlottesville, VA.
- Member, Domestic Review Team, *2007 Chartered Financial Analyst Examination*, CFA Institute, Charlottesville, VA.
- Speaker, *Business Valuation and Credit Analysis: Similarities and Differences*, Presentation to US Bank, Boise, Idaho, May, 2005
- Speaker, *Top Estate Planning, Wealth Transfer and Asset Protection Techniques*, Sept. 2006
- Speaker, *Business Valuation Basics and How to Use Valuation/Finance Theory to Increase the Value of Your Business*, Boise Metro Chamber of Commerce, May, 2006
- Speaker, *AICPA's Proposed Business Valuation Standards*, Presentation to Idaho Society of Certified Public Accountants, September, 2005
- Speaker, *AICPA's Proposed Business Valuation Standards*, Presentation to Idaho Society of Certified Public Accountants, November, 2005
- Speaker, *Business Valuation, Hot Issues for 2006 and Beyond*, Presentation to Idaho Society of Certified Public Accountants, January, 2006
- Speaker, *Business Valuation Basics*, Presentation to TechHelp—Idaho Falls, Sept. 2005
- Speaker, *Privately-held Companies v. Publicly Traded Stock: Differences and Issues for Valuation*, Presented to the CFA Society of Idaho, May 2006
- Co-Author, *For What Its Worth*, a recurring column in the Idaho Business Review, 2006 - 2009
- Co-Author, *Company-Specific Risk—A Different Paradigm: A New Benchmark*, Business Valuation Review, Spring 2006, Volume 25, No.1
- Speaker, *2006 Tax Court Case Update*, Treasure Valley Estate Planning Council, June 2006
- Author, *2006 Valuation Court Case Update*, September 27, 2006
- Speaker, *Top Estate Planning, Wealth Transfer and Asset Protection Techniques*, Sept. 2006
- Co-Author, *The Guideline Publicly Traded Company Method and the Market Value of Invested Capital*, Business Valuation Review, Summer 2006, Volume 25, No.2

- Co-Author, *Quantification of Company-Specific Risk: A New Empirical Framework with Practical Applications*, Business Valuation Update, Volume 13, Number 2; February 2007
- Author, *Does the Pension Protection Act of 2006 Impact All Tax Valuations? An Assessment of the New Law's Reach*, Adjusting Entries, the Journal of the ISCPA, Issue I, 2007
- Panelist, Quantifying Company Specific Risk, an audio telephone conference for business appraisers hosted by Business Valuation Resources, March 8, 2007
- Guest-Lecturer, *Understanding Valuation of Private Companies*, Presentation to graduate Finance class at Boise State University, May, 2007
- Co-Author, *Buy-Sell Agreements: A Misnomer?* Adjusting Entries, Journal of the ISCPA, Issue II, 2007
- Speaker, *Business Valuation Basics & How to Sell Your Company for Top Dollar*, Pocatello Small Business Development Center, March 2007
- Speaker, *Quantifying Company Specific Risk*, internal training seminar presented to a Top 100 public accounting firm, Minneapolis, MN, May 23, 2007
- Co-Author, *Quantifying Company-Specific Risk: The Authors Answer Your Questions*, Business Valuation Update, Volume 13, Number 5; May 2007
- Speaker, *Quantifying Company Specific Risk*, appraisal training session presented at the Institute of Business Appraisers 2007 Symposium; Denver, CO, June 2007
- Co-Author, *A Hybrid Restricted Stock/Pre-IPO Data Point: Lack of Marketability Discount for ESOPs*; Business Valuation Review, Summer 2007, Volume 26, No.2
- Speaker, *The Case of the Disappearing Debt: Valuation or Lost Profits with Changing Assumptions;* appraisal training Session presented at the Institute of Business Appraisers 2007 Symposium; Denver, CO, June 2007
- Co-Author, *Company Specific Risk: The Dow 30 vs. Private Company USA*; The Value Examiner, September/October 2007
- Co-Developer, *Company-Specific Risk Calculator*, available at www.bvresources.com
- Co-Author, *Stock Options: Corporate Lottery Ticket—or Not?*, Adjusting Entries, Issue 2, 2007
- Co-Author, Comparing *the Butler-Pinkerton Model to Traditional Methods Under Four Daubert Criteria*; Business Valuation Update, Volume 13, Number 11; November 2007
- Co-Author, *Quantifying Company-Specific Risk—Regardless of Your Faith in Beta;* Business Appraisal Practice, Winter 2007
- Co-Author, *Company-Specific Risk: Believe It or Not - You Can Quantify It!* Adjusting Entries, the Journal of the ISCPA, Issue I, 2008
- Panelist, *Using the BPM™ Total Cost of Equity and Public Company Specific Risk Calculator™*; an audio telephone conference hosted by NACVA and Business Valuation Resources, March 8, 2007
- Co-Author, *Butler Pinkerton Model™ Finds Another Application in SFAS 123R;* Business Valuation Update, Volume 14, No.3, March, 2008
- Co-Author, *Total Cost of Equity of Company-Specific Risk—A Better Use for the BPM?;* Business Valuation Update, Volume 14, No.4, April 2008
- Guest-Lecturer, *Differences in Valuation of Publicly-Traded and Privately-Held Companies*, Presented to MBA students at Boise State University, April, 2006
- Co-Author, *Why You Should Be Aware of the Impact of SSVS-1;* Adjusting Entries, the Journal of the ISCPA, Issue II, 2008
- Speaker, *Pension Plans and Closely-Held Companies, Valuing Tricky Assets in Divorce*; presented to the Idaho State Bar Association; Boise, Idaho; May 9, 2008
- Speaker, *The Butler Pinkerton Model: Empirical Support for Company Specific Risk*; presented to the National Association of Certified Valuation Analysts, Las Vegas, NV; June 10, 2008
- Speaker, *The Butler Pinkerton Model: Empirical Support for Company Specific Risk*; presented to the California Society of Certified Public Accountants—BVFLS Section, Los Angeles, CA; Aug 21, 2008
- Speaker, *Using the Butler Pinkerton Model in Valuation Reports*; an Internet webinar hosted by the National Association of Certified Valuation Analysts; December 5, 2008
- Co-Author, *There's a New Beta in Town, and Its Name is Total Beta;* Business Valuation Update, Volume 15, No.3, March 2009
- Co-Author, *Butler Pinkerton Model Report*, an E-book published by Morningstar, March, 2009
- Co-Author, *A Total Repudiation of Mr. Kasper's Critique of the Butler Pinkerton Model*, an online article disseminated through www.bvmarketdata.com, May 2009
- Author, *Response to Larry Kasper Regarding the Diversification Argument;* The Value Examiner, January/February 2010
- Co-Author, *Total Beta: the Missing Piece of the Cost of Capital Puzzle;* Valuation Strategies, May/June, 2009.

- Speaker, *Cost of Capital*, California Society of CPAs, May 2009
- Speaker, *Cost of Capital,* presented to the National Association of Certified Valuation Analysts, Boston, MA; May 27, 2009
- Speaker, *Getting the Most from Your Financial Expert in Personal Injury Litigation Matters*, a CLE presentation to various Boise-area law firms, various dates, 2009
- Author, *The Search for Value*, published in the quarterly newsletter of George Fox University, Fall, 2009
- Speaker, *Buy-Sell Disagreements and Solutions*, presented to the Boise Estate Planning Council, 11-2-09
- Speaker, *Demystifying Business Valuation*, presented to attorneys and clients of Perkins Coie, LLP, March 30, 2010
- Co-Author, *Financing Your Practice*, Chiropractic Economics, Volume 56, Issue 5; March 29, 2010
- Author, *The Wonder Years: Integrating Your Practice into a Comprehensive Retirement Plan*, Chiropractic Economics, Volume 56, Issue 6; April 20, 2010
- Author; *An Update on Proposed IRS' Appraiser Penalty Procedures;* Adjusting Entries, the Journal of the ISCPA, Issue II, 2010
- Co-Author, *Give it to me Straight: Answers to Old Questions about Buy or Lease*; Chiropractic Economics, Volume 56, Issue 7; May 12, 2010
- Author, *Sale-abrate Your Practice*; Chiropractic Economics, Volume 56, Issue 10; June 25, 2010
- Author, *Financial Accounting and Managerial Accounting Compared*, a paper to accompany the seminar *Accounting 101 for Attorneys*, presented August 12, 2010
- Author, *Financial Statement Basic Concepts*, a paper to accompany the seminar *Accounting 101 for Attorneys*, presented August 12, 2010
- Instructor, *Accounting 101 for Attorneys*, a CLE presentation given to area attorneys on August 12, 2010
- Speaker, *Buy Sell Agreements: Road Map to Success or Recipe for Disaster*, presented at the Idaho State Bar's Annual Advanced Estate Planning Seminar, September 2010
- Speaker, *Interesting Facts for the Tax Practitioner*, presented to the Idaho Society of Certified Public Accountants, January 2011
- Speaker, *Buy Sell Agreements*, presented to the Idaho State Bar's Business and Corporate Law Section, September 2011
- Speaker, *Buy Sell Agreements, Part II,* presented to the Idaho State Bar's Business and Corporate Law Section, October 2011
- Speaker, *Business Valuation and Succession Planning: Prudent Steps in a Turbulent World,* presented to clients and bankers of US Bank, October 2011
- Speaker, *Business Valuation and Succession Planning,* presented at the College of Southern Idaho, May 1, 2014
- Speaker, *Help or Hindrance: Another Look at Buy-Sell Agreements*, Boise Estate Planning Council, March 2015
- Speaker, *Help or Hindrance: Another Look at Buy-Sell Agreements*, Magic Valley Estate Planning Council, December 2015
- Speaker, *So You Want to Buy a Business . . . ,* presented to clients and bankers of Zion's Bank, September 2016
- Speaker, *So You Want to Buy a Business . . . ,* presented to clients and bankers of Zion's Bank, September 2017
- Panelist, *A Primer on Economic Expert Testimony in Federal Practice: Necessary Evil or the Centerpiece of Your Case*, plenary session presented at US Courts, District of Idaho's Bench-Bar Conference, November 3, 2017
- Speaker, *Fair Market Value in Healthcare Transactions*, presented to clients of Holland and Hart LLP, March 22, 2018
- Speaker, *So You Want to Buy a Business . . . ,* presented to clients and bankers of Zion's Bank, October 2018

## Expert Testimony

- Cause No. 99-20905-V in the 303rd District Court of Dallas County; Dallas, Texas, Trial Testimony, Business Appraisal for Marital Dissolution; retained by Plaintiff(s).
- Cause No. 296-50175-01 in the 296th District Court of Colin County; McKinney, Texas, Trial Testimony, Business Appraisal for Marital Dissolution; retained by Plaintiff(s).
- Cause No. 158874-2 in the Chancery Court for Knox County, Knoxville, Tennessee, Trial Testimony, Quantification of Economic Damages—Dissenting Shareholder matter; retained by Plaintiff(s).
- Cause No. 153673-3 in the Chancery Court for Knox County, Knoxville, Tennessee, Deposition Testimony, Quantification of damages associated with the purchase of an operating business; retained by Plaintiff(s).
- Civil Action No. 05-CI-00233, Bell Circuit Court, Commonwealth of Kentucky, Deposition Testimony, Business appraisal and quantification of economic damages for dissenting shareholder matter; retained by Defendant(s).

- Civil Action No. 05-CI-00233, Bell Circuit Court, Commonwealth of Kentucky, Trial Testimony, Business appraisal and quantification of economic damages for dissenting shareholder matter; retained by Defendant(s).
- Civil Case No. CV-05-12224, Canyon County District Court, State of Idaho, Deposition Testimony, Quantification of damages associated with bad faith claim; retained by Defendant(s).
- Civil Case No. 1:06-CV-141-S-EJL, United States District Court, District of Idaho, Deposition Testimony, Quantification of damages associated with alleged trade-loading and breach of duty; retained by Defendant(s).
- Civil Case No. CV-2005-493-C, Valley County District Court, State of Idaho, Deposition Testimony, Quantification of damages associated with breach of contract; retained by Defendant(s).
- Civil Case No. CV DR 0722658, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant(s).
- Civil Case No. CV OC 0608433, Ada County District Court, State of Idaho, Deposition Testimony, quantification of damages associated with defamation claim; retained by Plaintiff(s).
- Civil Case No. CV-2008-1069-OC, Bannock County District Court, State of Idaho, Deposition Testimony, quantification of damages associated with defamation and interference with prospective advantage.
- Civil Case No. CV-PI-0718437, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages associated with wrongful death and personal injury; retained by Defendant(s).
- Civil Case No. CV-2006-3325-PI, Bannock County District Court, State of Idaho, Trial Testimony, quantification of economic damages associated with personal injury; retained by Defendant(s).
- Civil Case No. CV-PI-0704871, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages associated with personal injury; retained by Defendant(s).
- Appeal Nos. 09-A-1335 and 09-A-1336, Idaho Board of Tax Appeals; Rebuttal Testimony, proper application of appraisal theory; retained by Defendant(s).
- Civil Case No. CV-07-663, Jefferson County District Court, State of Idaho, Trial Testimony, quantification of damages associated with bad faith claim; retained by Defendant(s).
- Civil Case No. CV DR 2009-06035, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Plaintiff(s).
- Civil Case No. CV OC 0902282, Ada County District Court, State of Idaho, Deposition Testimony, analysis of lost profits associated with breach of contract and misappropriation of trade secrets; retained by Defendant(s).
- Civil Case No. CV OC 0902282, Ada County District Court, State of Idaho, Trial Testimony, analysis of lost profits associated with breach of contract and misappropriation of trade secrets; retained by Defendant(s).
- Civil Case No. CV 10-2982, Twin Falls County District Court, State of Idaho, Trial Testimony, Business appraisal associated with shareholder dissociation and rebuttal of lost profits analysis; retained by Defendant(s).
- Civil Case No. CV DR 2011-01548, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV-11-119-S-EJL, United States District Court, District of Idaho, Deposition Testimony, Quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV-11-119-S-EJL, United States District Court, District of Idaho, Trial Testimony, Quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. 1:11-cv-395, United States District Court, District of Idaho, Trial Testimony, Quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV PI 1205450, Ada County District Court, State of Idaho, Deposition Testimony, Quantification of economic damages; retained by Defendants.
- Case No. 1:13-cv-203, United States District Court, District of Idaho, Trial Testimony, Quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV-13-5712, Bonneville County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Plaintiff(s).
- Civil Case No. 2015-CAA-00001, US Department of Labor, Office of Administrative Law Judges; Trial Testimony, economic damages associated with wrongful termination; retained by Defendant(s).
- Civil Case No. CV-OC-1509585, Ada County District Court, State of Idaho, Trial Testimony, Quantification of economic damages; retained by Plaintiff(s).
- Case No. CV-OC-1510162, Ada County District Court, State of Idaho, Deposition Testimony, Quantification of damages associated with medical malpractice; retained by Plaintiff(s).
- Civil Case No. CV-OC-1520331, Ada County District Court, State of Idaho, Deposition Testimony, Quantification of economic damages; retained by Plaintiff(s).

- Civil Case No. CV-16-2041, Kootenai County District Court, Trial Testimony, Quantification of economic damages; retained by Defendant.
- Civil Case No. CV DW 1608-719, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV-2016-660, Elmore County District Court, State of Idaho, Deposition Testimony, quantification of economic damages associated with wrongful death; retained by Plaintiff(s).
- Civil Case No. 13-10-14327, Circuit Court, State of Oregon, County of Wallowa, Trial Testimony, quantification of economic damages; retained by Defendant(s).
- Civil Case No. CV-01-16-20213, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. 160907183, 3rd Judicial District Court, Salt Lake County, State of Utah, Deposition Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV-17-3098, Bonneville County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV2016-016029, Superior Court of Arizona, County of Maricopa, Deposition Testimony, quantification of economic damages; retained by Defendant/Counterclaimant.
- Civil Case No. CV-01-17-08034, Ada County District Court, State of Idaho, Deposition Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV01-18-03880, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Petitioner.
- Civil Case No. CV-17-4641-DW, Bonneville County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV-01-17-08034, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV-01-20-20195, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV-01-20-20944, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Defendant.
- Civil Case No. CV-01-19-13326 Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No. CV-01-17-13680, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Petitioner.
- Civil Case No. CV-01-18-22153, Ada County District Court, State of Idaho, Trial Testimony, economic analysis of compensation policy; retained by Defendant.
- Civil Case No. CV14-18-13419, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Petitioner.
- Civil Case No. CV-01-21-08420, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Respondent.
- Civil Case No. 20-10247, US Bankruptcy Court, Middle District of North Carolina, Greensboro Division, Deposition Testimony, economic damages, retained by Defendant.
- Civil Case No. CV01-21-05824, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages; retained by Plaintiff(s).
- Civil Case No.CV01-23-01008, Ada County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Petitioner.
- Civil Case No.CV01-22-16800, Ada County District Court, State of Idaho, Deposition Testimony, quantification of economic damages, retained by Plaintiffs.
- Civil Case No. CV40-23-0179, Shoshone County District Court, State of Idaho, Deposition Testimony, Business Appraisal for dissenting shareholder action, retained by Plaintiffs.
- Civil Case No.CV29-18-0898, Latah County District Court, State of Idaho, Trial Testimony, Business appraisal for marital dissolution; retained by Petitioner.
- Civil Case No. CV01-21-15332, Ada County District Court, State of Idaho, Trial Testimony, quantification of economic damages, retained by Plaintiffs.
- Civil Case No. 22-CV-32973, Circuit Court, State of Oregon, Malheur County, Arbitration Testimony, Business Appraisal for dissenting shareholder action, retained by Plaintiffs.

## Professional Billing Rate

$475 per hour